## Re: 3:24-cv-00523-HZ; Roberts v Randy

**JESSICA MOLLIGAN** <jessicamolligan@comcast.net>                    Mon, Aug 19, 2024 at 3:27 PM
To: Ted Roe <tedr@veritasbusinesslaw.com>

Mr. Roe,
We could have easily had a telephone conversation by now.
This case should not be proceeding through litigation.  Ms. Roberts has authorized me to offer a
dismissal of the suit and Release.  Please discuss with your client and let me know.
As for your question, I am not prepared to answer that today.


Thank you,

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR  97292


(971) 350-7347 Office
(503) 975-2920 Cell

[Quoted text hidden]

