UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NADIA ROBERTS,** an individual,       PLAINTIFF, v. **RANDY L L CORPORATION,** a limited liability company,       DEFENDANT. | Case No. 3:24-CV-00523 AMENDED MOTION FOR ORDER ALLOWING ATTORNEY WITHDRAWAL |

Comes now counsel for Plaintiff, Jessica Molligan, and moves this Court, pursuant to LR 83-11, for an Order allowing her to withdraw from representation. I have been unable to reach Ms. Roberts for over two **weeks**, despite most recently warning her that I would need to seek permission to withdraw from representing her if she continued to ignore my attempts to communicate.

I conferred with Mr. Roe on the original Motion for Order Allowing Attorney Withdrawal, which had an error that has been corrected, above, to clarify that it has been over two weeks, not months, that I have heard from Ms. Roberts. He has since filed a Response, objects, and is seeking to compel production.

Ms. Roberts' contact information is:

Nadia Roberts
4425 SE Ogden St.
Portland, OR 97206
Nroberts298@gmail.com
(503) 758-6894

Dated this September 5, 2024.         /s/ Jessica Molligan
                                                     Jessica Molligan, OSB #001823

CERTIFICATE OF SERVICE

I have sent the foregoing Motion to the following:

Nadia Roberts
4425 SE Ogden St.
Portland, OR  97206
Nroberts298@gmail.com


Theodore Roe
tedr@veritasbusinesslaw.com



Dated this September 5, 2024                    /s/ Jessica Molligan
                                                                                  Jessica Molligan