UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NADIA ROBERTS,** an individual, <br><br> PLAINTIFF, <br> v. <br><br> **RANDY L L CORPORATION,** a limited liability company, <br><br> DEFENDANT. | Case No. 3:24-CV-00523 <br><br> DECLARATION OF JESSICA MOLLIGAN |

What follows is a timeline of attempts to communicate with Nadia Roberts:

8.7.24 – My office made a phone call to Ms. Roberts and left a detailed voice message; she was then emailed documents.

8.11.24 – Ms. Roberts contacted my office.

8.14.24 – Ms. Roberts sent an email.

8.15.24 – My office made a phone call to Ms. Roberts and left detailed voicemail.

8.16.24 – Ms. Roberts sent a text.

8.19.24 – Ms. Roberts sent an email.

8.20.24 – My office sent Ms. Roberts an email.

8.21.24 – My office sent Ms. Roberts an email and left a detailed voicemail.

8.26.24 – My office sent Ms. Roberts a text.

8.27.24 – My office sent Ms. Roberts a text.

8.30.24 – I called Ms. Roberts and left detailed voicemail. I then texted her.

9.3.24 – I called Ms. Roberts, left detailed voicemail, and then texted and emailed her.

9.4.24 - A copy of my Motion to Withdraw was mailed to Ms. Roberts via first class mail to the address set forth on that Motion.

9.5.24 – Ms. Roberts was mailed the Amended Motion to Withdraw via USPS first class mail.

9.6.24 – I emailed Ms. Roberts.

To date, neither I nor my office have received any communication from Ms. Roberts since her August 19, 2024 email.

Ms. Roberts' contact information is:

>Nadia Roberts
>4425 SE Ogden St.
>Portland, OR  97206
>Nroberts298@gmail.com
>(503) 758-6894

Dated this September 10, 2024.                    /s/ Jessica Molligan
                                                  Jessica Molligan, OSB #001823

CERTIFICATE OF SERVICE

I have sent the foregoing Declaration to the following:

Nadia Roberts
4425 SE Ogden St.
Portland, OR  97206
Nroberts298@gmail.com


Theodore Roe
tedr@veritasbusinesslaw.com



| | |
|---|---|
| Dated this September 10, 2024 | /s/ Jessica Molligan |
| | Jessica Molligan |