Theodore M. Roe, OSB No. 991004
tedr@veritasbusinesslaw.com
PO Box 82657
Portland, Oregon 97282
Telephone:   (503) 207-0205
Facsimile:    (503) 207-0206

    Of Attorneys for Defendant
    Randy L L Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NADIA ROBERTS, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**RANDY L L CORPORATION, an Oregon Corporation,**<br><br>Defendant. | Case No. **3:24-CV-00523-JR**<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Oral Argument Requested** |

Defendant moves for summary judgment on Plaintiff's claims pursuant to Fed. R. Civ. P. 56. This motion is supported by the contemporaneously filed concise statement of facts, declaration of Ted Roe and memorandum. Defendant requests oral argument.

Dated: September 18, 2024

                                              /s/ Ted Roe
                                              Ted Roe, OSB No. 991004
                                              Of Attorneys for Defendant

1 - PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** by:

- ☑ U.S. POSTAL SERVICE
- ☐ U.S. POSTAL SERVICE, CERTIFIED MAIL, RETURN RECEIPT REQUESTED
- ☐ FACSIMILE SERVICE
- ☑ ELECTRONIC MAIL
- ☐ HAND DELIVERY
- ☐ FEDERAL EXPRESS

addressed to the following named individual(s)/business(es) at their last known address(es) on the date stated below:

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR 97292
jessicamolligan@comcast.net

DATED this 18th day of September, 2024.

/s/ Ted Roe
Ted Roe, OSB No. 991004
Of Attorney for Defendant