Ted Roe <tedr@veritasbusinesslaw.com>

## Roberts v. Randy L L Corp

JESSICA MOLLIGAN <jessicamolligan@comcast.net>  Fri, Sep 13, 2024 at 10:25 AM
To: Ted Roe <tedr@veritasbusinesslaw.com>

Mr. Roe,
Your assertions and threats are contrary to Judge Hernandez's ruling and directions set forth at our last hearing. As you are well aware, I only recently heard back from my client. Attached are the Responses to the Requests for Admissions and I will be working on the remaining discovery responses next week.

Thank you,

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR 97292

(971) 350-7347 Office
(503) 975-2920 Cell

[Quoted text hidden]

---

📄 **Response to Defendant's Request for Admissions.pdf**
136K



DEFENDANT'S EXHIBIT
3