Theodore M. Roe, OSB No. 991004
tedr@veritasbusinesslaw.com
PO Box 82657
Portland, Oregon 97282
Telephone:   (503) 207-0205
Facsimile:   (503) 207-0206

    Of Attorneys for Defendant
    Randy L L Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NADIA ROBERTS, an individual,**<br><br>    Plaintiff,<br><br>    v.<br><br>**RANDY L L CORPORATION, an Oregon Corporation,**<br><br>    Defendant. | Case No. **3:24-CV-00523-JR**<br><br>**MOTION FOR ORDER GRANTING DEFENDANT EXTENSION OF TIME TO REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

    Defendant filed a motion for summary judgment on September 18, 2024. Defendant's response is due on or before October 9, 2024. Defense counsel will be out of the country on his honeymoon until October 15, 2024. In the interest of justice and for good cause shown, Defendant requests that the Court set a deadline for any filing of Defendant's Reply to October 22, 2024, i.e., 7 days following defense counsel's return.

/ / /

Additionally, Defendant requests that any oral argument on such motion be scheduled following defense counsel's return.

Dated: September 18, 2024

/s/ Ted Roe
Ted Roe, OSB No. 991004
Of Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **MOTION FOR ORDER GRANTING DEFENDANT EXTENSION OF TIME TO REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** by:

- ☑ U.S. POSTAL SERVICE
- ☐ U.S. POSTAL SERVICE, CERTIFIED MAIL, RETURN RECEIPT REQUESTED
- ☐ FACSIMILE SERVICE
- ☑ ELECTRONIC MAIL
- ☐ HAND DELIVERY
- ☐ FEDERAL EXPRESS

addressed to the following named individual(s)/business(es) at their last known address(es) on the date stated below:

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR 97292
jessicamolligan@comcast.net

DATED this 18th day of September, 2024.

/s/ Ted Roe
Ted Roe, OSB No. 991004
Of Attorney for Defendant