Theodore M. Roe, OSB No. 991004
tedr@veritasbusinesslaw.com
PO Box 82657
Portland, Oregon 97282
Telephone: (503) 207-0205
Facsimile: (503) 207-0206

Of Attorneys for Defendant
Randy L L Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NADIA ROBERTS, an individual,**<br>Plaintiff,<br>v.<br>**RANDY L L CORPORATION, an Oregon Corporation,**<br>Defendant. | Case No. **3:24-CV-00523-HZ**<br>**DEFENDANT'S MEMORANDUM SUPPORTING MOTION TO COMPEL RESPONSE TO SUBPOENA** |

STATEMENT OF CASE

This is a case in which Plaintiff brought a multitude of meritless claims against Defendant for alleged violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12181 *et seq.* and its implementing regulations, the ADA's Accessibility Guidelines, 28 C.F. R. Part 36 ("ADAAG").

Wampler, Carroll, Wilson & Sanderson, P.C. ("WCWS") is believed to be working with Plaintiff and Plaintiff's counsel (if not being controlling the present action) in an effort to abuse the judicial system for their financial gain.

On September 16, 2024, a Subpoena Duces Tecum ("Subpoena") (Exhibit 1) was served on an agent of the registered agent of WCWS at the office of WCWS (Exhibit 2), including the required witness fees.

The Subpoena was served on the registered agent of WCWS in accordance with FRCP 45. Further, on October 21, 2024, defense counsel called WCWS to discuss its failure to comply with the Subpoena and he left a message for the registered agent of WCWS, Jeffrey Lucas Sanderson, but received no return call.

Despite a duty to respond to the Subpoena within 14 days from the date of service, WCWS has refused to respond and no documents have been produced, nor has WCWS sought to object to or otherwise quash the Subpoena. Pursuant to FRCP 45(d)(2)(B), objections must be made within 14 after the Subpoena is served. As WCWS failed to serve any objections to the Subpoena, all objections are waived.

To date, WCWS has not responded to the Subpoena or produced any of the requested documents whatsoever.

The matter is before the Court on Defendant's motion to compel WCWS to comply with the Subpoena and FRCP 45 and to order WCWS to reimburse Defendant for its reasonable attorney fees and expenses incurred in conjunction with this motion.

## ARGUMENT

Plaintiff's theory of the case is that Defendant violated the ADA and ADAAG. Defendant is pursuing discovery to develop evidence that Plaintiff's claims are barred and/or are otherwise meritless.

Based in part on the reporting of Kyle Iboshi of KGW based in Portland, Oregon, it is believed that Plaintiff, Plaintiff's counsel and WCWS have acted in concert to abuse

the judicial system and abuse citizens of the State of Oregon with fraudulent claims. Mr. Iboshi reported on August 8, 2024, in a story entitled "From Tennessee to Oregon: How lawyers turned the ADA into a 'shakedown business model.'" that "A Tennessee law firm paid people with disabilities to visit targeted businesses, then sent demand letters threatening to sue the owner if they did not comply." [1]

Mr. Iboshi continued, stating that "[o]ver the past three months, KGW has spoken with more than 40 people directly involved with or targeted by the operation run out of the Tennessee law firm Wampler, Carroll, Wilson & Sanderson." [2]

The KGW story depicted Justin Burley-Beavers, who is a former client of Plaintiff's counsel and who she has represented in 22 separate lawsuits, all of which alleged similar ADA violations as those which the Plaintiff alleges in the present case. Mr. Burley-Beavers stated that "[t]he Tennessee law firm [referring to WCWS] was telling me they needed representatives in Oregon." [3] Further, Mr. Burley-Beavers stated that WCWS assigned him "two to five places a month" and paid him "$200 per place," noting further that "they [again referring to WCWS] sent [him] a check after [he] visit[ed] each place." [4]

The KGW article depicts a message on Mr. Burley-Beavers phone from "wcws.my.site.com" stating that "[a]ssignment of new properties to be visited: 10th of every month. Last day to request a change or different property: 25th of every month. Property Visit Confirmations: Due at the end of each month. If you ever need to contact

[1] https://www.kgw.com/article/news/investigations/portland-ada-act-lawsuits-shakedown-business-model/283-d0dc3293-e4d3-4376-91df-f251ba1a5f05
[2] Id.
[3] Id.
[4] Id.


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

our offices, the best way is to use the Chat function inside this portal. You may also email us at ada@wcwslaw.com or call us a 901-523-1844." [5] There is no question that WCWS is involved with communicating and directing these individuals in Oregon, including Plaintiff and very likely is directing or otherwise controlling the Plaintiff and the present action.

The Oregonian in an August 7, 2024 article entitled "Portland man admits he got paid $200 a visit to target businesses for disability access violations" stated that "[t]wo years ago, Colin Slevin [another former client of Plaintiff's counsel who is currently suing her for malpractice] learned from a Facebook friend about out-of-state attorneys who were said to specialize in disability access law and were looking to expand into the Pacific Northwest. Selvin got the Tennessee lawyers' [referring to WCWS] contact numbers and reached out." [6]

In a subsequent Oregonian article on August 30, 2024, entitled "Second man admits in court he received about $600 a month to visit Oregon businesses he then sued for disability access violations," stated that "[u]nder questioning from [U.S. Magistrate Judge Youlee Yim], Burley-Beavers said he has been "part-time employed" since January 2022 by the Memphis law firm and usually received an average of $600 a month in a check from the firm, Wampler, Carroll, Wilson & Sanderson." [7]

It is clear that despite their lack of bar admission in Oregon and the United States District Court for the District of Oregon, including any petition to practice law pro hac

---

[5] Id.
[6] https://www.oregonlive.com/crime/2024/08/portland-man-admits-he-got-paid-200-a-visit-to-target-businesses-for-disability-access-violations.html
[7] https://www.oregonlive.com/crime/2024/08/second-man-admits-he-received-about-600-a-month-to-visit-portland-businesses-sued-for-disability-access-violations.html


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

vice in Oregon, WCWS has appeared to have 1) communicated with Plaintiffs, including the Plaintiff in the present case regarding bringing lawsuits against Oregon businesses; 2) directed individuals to particular properties, including, potentially, the Plaintiff in the present case to Defendant's business; 3) employed and compensated individuals to visit particular properties, including potentially, the Plaintiff in the present case in relation to Defendant's business; and 4) arranged for those individuals to act as plaintiffs in lawsuits against such businesses including the Plaintiff in the present case in relation to the present lawsuit.

It appears that both WCWS and Plaintiff's counsel were well aware that Plaintiff (as well as other plaintiffs in similar cases) had not been to Defendant's business before and did not intend to return to the business. It further appears that WCWS and Plaintiff's counsel were also aware that Plaintiff had been compensated for allegedly visiting Defendant's business prior to filing suit.

Regardless, it is clear that WCWS likely has documents relevant to the present litigation that Defendant is entitled to. Further, it is clear from the affidavit of service that WCWS was properly served with the Subpoena but chose to refuse to comply with the Subpoena in an effort to obfuscate their own wrongdoing.

This is not a case involving a Defendant who refuses to make alterations to their property. For example, in the present case, it appears that a third party stole the handicap parking sign from the handicap parking space on Defendant's property. Defendant replaced the sign as soon as it was able to obtain a replacement. Such does not constitute a violation of the ADA or ADAAG. Defendant made several requested alterations to the property despite the fact that they did not constitute violations of the ADA or ADAAG,


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

before the Plaintiff filed this action. However, many of Plaintiff's allegations of violations of the ADA and/or ADAAG are simply incorrect and have no factual basis.

Consequently, the intent is clear. WCWS and Plaintiff's counsel filed the present action, as well as similar cases, for the sole purpose of seeking to recover attorney fees, despite the fact that the Plaintiff had already been compensated and despite the fact that there were no ADA violations. Further, WCWS and Plaintiff's counsel appear to have no qualm about exploiting disabled people and paying them $200 to provide them with a thinly veiled basis to sue Oregon businesses only to themselves collect tens of thousands of dollars.

WCWS and Plaintiff's counsel are engaged in an abuse of process and the documents sought by the Subpoena, Defendant believes, will reinforce that contention. Defendant is entitled to rely on FRCP 45 and enforce the Subpoena against WCWS.

CONCLUSION

For all the forgoing reasons, Defendant respectfully requests that the Court grant Defendant's motion, order WCWS to produce the documents specified in the Subpoena and award reasonable attorney fees and costs, upon submission of an affidavit or declaration and opportunity for Plaintiff to question time and costs.

DATED this 12th day of September, 2024.

**VERITAS BUSINESS LAW**

/s/ Ted Roe
Ted Roe, OSB No. 991004
(503) 207-0205
Of Attorney for Defendant
Randy L L Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT'S MEMORANDUM SUPPORTING MOTIONS TO COMPEL DISCOVERY** by:

- ☐ U.S. POSTAL SERVICE
- ☐ U.S. POSTAL SERVICE, CERTIFIED MAIL, RETURN RECEIPT REQUESTED
- ☐ FACSIMILE SERVICE
- ☑ ELECTRONIC MAIL
- ☐ HAND DELIVERY
- ☐ FEDERAL EXPRESS

addressed to the following named individual(s)/business(es) at their last known address(es) on the date stated below:

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR 97292
VIA email: jessicamolligan@comcast.net

Jeffrey Lucas Sanderson, Registered Agent
Wampler, Carroll, Wilson & Sanderson, P.C.
208 Adams Ave.
Memphis, TN 38103-1922
VIA US Mail

DATED this 12th day of September, 2024.

/s/ Ted Roe
Ted Roe, OSB No. 991004
Of Attorney for Defendant