Theodore M. Roe, OSB No. 991004
tedr@veritasbusinesslaw.com
PO Box 82657
Portland, Oregon 97282
Telephone: (503) 207-0205
Facsimile: (503) 207-0206

Of Attorneys for Defendant
Randy L L Corporation

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NADIA ROBERTS, an individual,**<br><br>Plaintiff,<br><br>v.<br><br>**RANDY L L CORPORATION, an Oregon Corporation,**<br><br>Defendant. | Case No. **3:24-CV-00523-HZ**<br><br>**SUBPOENA DUCES TECUM ON WAMPLER, CARROLL, WILSON & SANDERSON, P.C.** |

TO: Jeffrey Lucas Sanderson, Registered Agent
Wampler, Carroll, Wilson & Sanderson, P.C.
208 Adams Ave.
Memphis, TN 38103-1922

You are hereby commanded to produce for inspection and photocopying at the offices of Veritas Business Law, LLC, C/O Ted Roe, 818 SW 3rd Avenue, Suite 221-6285, Portland, OR 97204 within 14 days of the service of this subpoena, all records described and identified herein. Response documents may also be mailed to: Veritas Business Law, LLC, PO Box 82657, Portland, OR 97282, or electronically to tedr@veritasbusinesslaw.com to satisfy this subpoena.

**DOCUMENTS REQUESTED**

1. Please produce all documents evidencing communications, including all written and recorded communications with Jessica Molligan related to Plaintiff Nadia Roberts from January 1, 2019 to the present;
2. Please produce all documents evidencing communications, including all written and recorded communications with Jessica Molligan related to Defendant Randy L L Corporation from January 1, 2019 to the present;
3. Please produce all documents evidencing communications, including all written and recorded communications with Plaintiff Nadia Roberts from January 1, 2019 to the present;
4. Please produce all documents evidencing communications, including all written and recorded communications that concern, refer or relate to Defendant Randy L L Corporation from January 1, 2019 to the present;
5. Please produce all documents evidencing any and all monetary payments to Nadia Roberts from January 1, 2019 to the present, including but not limited to accounting records, spreadsheets, ledgers, journals, bank statements, invoices, and payment records that concern, refer or relate to allegations and/or claims of violation(s) of the ADA and/or ADAAG in Oregon;
6. Please produce all documents evidencing any and all monetary payments to Jessica Molligan related to Defendant Randy L L Corporation from January 1, 2019 to the present, including but not limited to accounting records, spreadsheets, ledgers, journals, bank statements, invoices, and payment records;



VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

7. Please produce all documents evidencing communications, including all written and recorded communications with any and all law firms and/or attorneys licensed in Oregon that concern, refer or relate to allegations and/or claims of violation(s) of the ADA and/or ADAAG in Oregon from January 1, 2019 to the present;

8. Please produce all documents evidencing any and all monetary payments received that concern, refer or relate to allegations and/or claims of violation(s) of the ADA and/or ADAAG in Oregon from January 1, 2019 to the present;

9. Please produce all documents evidencing any and all expenses claimed by Nadia Roberts from January 1, 2019 to the present, including but not limited to accounting records, spreadsheets, ledgers, journals, bank statements, invoices, and payment records that concern, refer or relate to allegations and/or claims of violation(s) of the ADA and/or ADAAG in Oregon;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

10. Please produce all documents evidencing any and all expenses that concern, refer or relate to allegations and/or claims of violation(s) of the ADA and/or ADAAG in Oregon against Defendant Randy L L Corporation from January 1, 2019 to the present.

Dated: August 28, 2024.

**VERITAS BUSINESS LAW**
/s/ Ted Roe
Ted Roe, OSB No. 991004
(503) 207-0205
Of Attorney for Defendant
Randy L L Corporation

| | |
|---|---|
| Mileage Fee | $0.00 |
| Witness Fee | $40.00 |
| **TOTAL** | **$40.00** |


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

**DECLARATION OF RECORDS CUSTODIAN**

I, ___________________________, declare:

I am a records custodian for Wampler, Carroll, Wilson & Sanderson, P.C. and am authorized to speak on their behalf.

**DECLARATION OF RECORDS**

(*please initial next to all items that apply*)

_____ All original documents called for in the *Subpoena Duces Tecum* directed to Wampler, Carroll, Wilson & Sanderson, P.C. are under my custody, care and control;

_____ All of the original records, whether in paper or electronic form, were copied and are hereby produced to Veritas Business Law;

_____ A diligent search of all on-site storage facilities were undertaken to locate documents responsive to the *Subpoena duces Tecum*;

_____ Our current retention policy is to maintain all records for _____ years;

_____ To the best of my knowledge, all records were prepared in the ordinary course of business by authorized persons or personnel;

_____ No documents have been withheld except ____________________________________.

**DECLARATION OF NO RECORDS**

*(please initial next to all items that apply)*

_____ A thorough search of our files, carried out under my direction and control, revealed no documents, records or other materials called for in the *Subpoena Duces Tecum* received by this office;

_____ It is understood that such records could exist under another spelling, name or classification, but with the information furnished to this office and to the best of our knowledge, no such records exist in our files.

I hereby declare that the above statements are true to the best of my knowledge and belief and in understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this ____ day of _______________, 2024.

______________________________
RECORDS CUSTODIAN (*signature)*

______________________________
RECORDS CUSTODIAN (*print name)*



VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **SUBPOENA DUCES TECUM ON WAMPLER, CARROLL, WILSON & SANDERSON, P.C.** by:

- ☐ U.S. POSTAL SERVICE
- ☐ U.S. POSTAL SERVICE, CERTIFIED MAIL, RETURN RECEIPT REQUESTED
- ☐ FACSIMILE SERVICE
- ☑ ELECTRONIC MAIL
- ☐ HAND DELIVERY
- ☐ FEDERAL EXPRESS

addressed to the following named individual(s)/business(es) at their last known address(es) on the date stated below:

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR 97292
jessicamolligan@comcast.net

DATED this 28th day of August, 2024.

/s/ Ted Roe
Ted Roe, OSB No. 991004
Of Attorney for Defendant
Randy L L Corporation