IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| NADIA ROBERTS, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:24-cv-00523-HZ |
| | ) | |
| RANDY L L CORPORATION, a corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Telephonic Status Conference

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE MARCO A. HERNANDEZ

UNITED STATES DISTRICT COURT JUDGE

October 30, 2024

APPEARANCES

FOR THE PLAINTIFF:

JESSICA LEE MOLLIGAN
Attorney at Law
P.O. Box 16893
Portland, Oregon 97292

FOR THE DEFENDANT:

TED ROE
Veritas Business Law, LLC
P.O. Box 82657
Portland, Oregon 97282

COURT REPORTER: Lindsey A. Weresch, RMR, CRR, CSR
United States District Courthouse
1000 S.W. Third Avenue, Room 301
Portland, Oregon 97204
(503)326-8047

(Wednesday, October 30, 2024, 1:41 p.m.)

**P R O C E E D I N G S**

(Whereupon, the following proceedings were held in open court:)

THE COURT: Good afternoon. This is Judge Hernandez. We're here in the matter of Roberts versus Randy L L Corporation, 24-cv-0523-HZ.

I apologize for the delay. We had some difficulty getting our court reporter. Our regularly assigned court reporter was ill, and so we had to find somebody else.

Jennifer, are you there?

THE COURTROOM DEPUTY CLERK: Yes, Judge. I'm here with Lindsey.

THE COURT: Okay. Thank you.

And, Ms. Molligan, are you on the call?

MS. MOLLIGAN: Yes, Your Honor.

THE COURT: And is your client also on the call?

MS. ROBERTS: Yes, Your Honor.

THE COURT: Oh, thank you, Ms. Roberts.

And then, Mr. Roe, are you on the call?

MR. ROE: I am, Your Honor.

THE COURT: Thank you.

So, Ms. Roberts, I set this call this afternoon because it was reported to me that Ms. Molligan was having trouble having conversations with you about this case; and, in

light of that, had filed a motion to withdraw. I -- and so the withdrawal motion is basically based on a problem in communication with you about this case. I don't know where you -- I mean, you're here today, so that's an encouraging sign, at least from my perspective. So I'm going to talk first to your lawyer, and then I will -- I may have a conversation with you afterwards.

Ms. Molligan, your client's on the call. It's about this case. So are you still having difficulty communicating with your client?

MS. MOLLIGAN: Yes, Your Honor. And I did want to add, too, the issue, too, for me is the two months where I couldn't communicate with her. I'm -- and at a crucial stage for me and for her. In other words, we -- back in August, after we offered to dismiss this case, we were hit with a lot of discovery requests and then with a demand. She still (indiscernible) --

THE COURTROOM DEPUTY CLERK: We're having trouble hearing you. You're breaking up pretty bad, Ms. Molligan.

MS. MOLLIGAN: Oh, my gosh. I'm sorry. Can you hear me now?

THE COURT: Yes.

MS. MOLLIGAN: Okay. I'm not sure where I started --

THE COURT: Well, I heard the part where you had not been able to communicate with your client for a couple of

months. I heard the part where you said that you were in a crucial part of the case; and that there was going to be, I think you said, a voluntary dismissal; and then you were hit with a bunch of discovery requests, and it sounded like there may have been some other claims going on. That's about where I lost you.

MS. MOLLIGAN: Right. After we offered the dismissal, there was -- there were responses that I really needed to talk to her about and did not -- was not able to. Meanwhile, just on October 17th, I got an e-mail from her -- no -- September 19th, stating she didn't want to do these cases anymore. It was very adversarial and requesting that I stop communicating with her altogether. So while she may be here today, I cannot continue as her attorney under these circumstances.

THE COURT: Okay. Thank you.

And, Ms. Roberts, it sounds like, at least at one point, you didn't want Ms. Molligan to represent you any further in these cases. Is that your position now?

MS. ROBERTS: Your Honor, this is -- we spoke for over -- how many minutes? Give me a second, please -- about 49 minutes this Monday, and this is -- comes to a surprise of what is being announced by the attorney, as that is not what was discussed nor the agreement.

The reason why I did not respond was because of a

safety concern for me and my kids. I was basically having people show up at my house by e-mails, letters, left and right. I felt threatened and scared.

But the conversation that Ms. Molligan and I had on Monday was that she was on board with working with me with this case and that we -- that there was no issues discussed. I also did leave a voicemail for her yesterday, and I never heard back from her.

THE COURT: Ms. Roberts, in light of what your lawyer is saying right now, do you want her to continue to represent you?

MS. ROBERTS: Well, she did agree to, you know, close out -- finish this case out, and I think that that is -- you know, it should be. You know, she should be part of this case. So I'm not in agreement of having her drop out.

I have e-mails and -- e-mails that made me very nervous, as far as responses and the verbiage that was used, which made me feel uncomfortable; therefore, I did have to take some time and research them more before I can respond, as I -- like I said, I did feel very afraid for my safety, just of everything that has been going on.

THE COURT: Were the issues around your safety about e-mails that you were receiving from Ms. Molligan?

MS. ROBERTS: So some of the e-mails were basically accusing me of --

THE COURT: Wait a minute. Hang on. Hang on a second. Hang on a second.

MS. ROBERTS: Sorry.

THE COURT: I don't want to know anything about communications you had with Ms. Molligan. I don't want to know about that. That's between you and Ms. Molligan.

MS. ROBERTS: Okay. Yes, sir.

THE COURT: But my question is more kind of a yes-or-no question. Were the e-mails -- you said you had some concerns about your safety. Was that the result of e-mails that Ms. Molligan was sending you, or were those e-mails from other --

MS. ROBERTS: No.

THE COURT: -- people?

MS. ROBERTS: Other people.

THE COURT: All right. All right.

MS. ROBERTS: I apologize. I'm sorry. I'm just very anxious right now.

THE COURT: Yeah, that's okay. But hang on a second. I have more questions. Hang on. I have some other questions.

MS. ROBERTS: Mm-hmm.

THE COURT: So was there something in -- did you have some concerns that Ms. Molligan was somehow sharing information that you were sharing with Ms. Molligan to other people that was causing you safety concerns?

MS. ROBERTS: I -- to be honest, I -- I don't know. I'm -- I'm -- to be honest, I'm very shocked to hear of her request today in the first place, as that is not what was discussed --

THE COURT: Okay.

MS. ROBERTS: -- whatsoever.

THE COURT: Okay. All right. Thank you.

Ms. Molligan, is there anything else you want to tell me?

MS. MOLLIGAN: Yeah, I absolutely disagree with her -- with the idea that I made an agreement on Monday.

THE COURT: Okay. Thank you.

This motion to withdraw has been based, again, according to my understanding, on a breakdown in communication in that -- it wasn't the nature of the communication, but that there wasn't any communication with Ms. Roberts about the merits of this particular case.

I've heard what Ms. Roberts has to say, and she's still interested in Ms. Molligan representing her. From Ms. Roberts' perspective, they have an agreement, in which Ms. Molligan has agreed to represent her in this particular matter.

From Ms. Robert's perspective, she has been at least recently in communication with Ms. Molligan and believes that Ms. Molligan is representing her, will continue to represent

her, and is at least telling this Court that she is surprised at the posture Ms. Molligan has taken, indicating that she doesn't want her to represent her.

Based on everything that I've heard this afternoon, the motion to withdraw is denied. Ms. Molligan will continue representing the plaintiff in this particular case. We now need to discuss scheduling.

Ms. Roberts, I don't need to hear anything else from you at this particular juncture. You're welcome to listen in on the phone call. My conversation from this point forward will be between your lawyer and Mr. Roe and me.

So let's talk about --

MS. ROBERTS: Thank you, Your Honor.

THE COURT: At this juncture there is a motion for summary judgment, which has been filed. No response has been produced in this particular case. I was not worried about that because we needed to figure out what was going on regarding the representation of Ms. Molligan -- by Ms. Molligan in this particular case.

Ms. Molligan, you have a motion for summary judgment. I will give you 15 days from today in order to respond to the motion for summary judgment.

As regards discovery, we haven't really scheduled any deadlines in this particular case. As I understand it, there are some outstanding discovery requests.

Mr. Roe, is that correct?

MR. ROE: That's correct, Your Honor. The -- there were late responded -- or late responses, which effectively waived objections, as well as acted as admissions to the requests for admission; however, no documents, none, have been produced in this case yet.

THE COURT: Okay. So I need to give you a discovery deadline. We haven't yet accomplished that particular step in the Rule 16 process. So I'm going to give you a discovery deadline.

Ms. Molligan, how about 90 days from today to end discovery? Will that be good enough for you?

MS. MOLLIGAN: Yes, Your Honor.

THE COURT: Okay.

MS. MOLLIGAN: Well, I think it will be.

THE COURT: Okay.

MS. MOLLIGAN: Obviously my client is part of my ability to respond. Yeah.

THE COURT: 90 -- yeah, I get it. I just order parties. I don't order lawyers, so -- but I'm ordering the parties to complete discovery 90 days from today.

MS. MOLLIGAN: Thank you, Your Honor.

THE COURT: And then, as regards the -- any other summary judgment type motions or dispositive motions, they will be due 30 days after the close of discovery.

And, Jennifer, can you give me a date for oral argument on summary judgment?

THE COURTROOM DEPUTY CLERK: I'm looking at April 4th, 2025.

THE COURT: Okay. What time?

THE COURTROOM DEPUTY CLERK: 1:30.

MR. ROE: I'm sorry. What was that date again and time?

THE COURT: April 4th of next year at 1:30.

Does that work for plaintiff?

MS. MOLLIGAN: Yes, Your Honor.

THE COURT: All right. And then for defense, it looks like you're still looking at your calendar.

MR. ROE: Yes, Your Honor.

THE COURT: Or sounds like you're still looking at your calendar.

So that date works.

And, Jennifer, I need a trial date after that. It will be a court trial. We can do it in two days.

THE COURTROOM DEPUTY CLERK: August 7th and 8th.

THE COURT: Does that work for plaintiff?

MS. MOLLIGAN: Yes, Your Honor.

THE COURT: How about for defense?

MR. ROE: Yes, Your Honor.

THE COURT: Okay.

THE COURTROOM DEPUTY CLERK: Do you want a pretrial conference?

THE COURT: I don't think we're going to need one. It's a court trial.

Okay. All right. And I need to give you a date under Rule 16 to amend the pleadings and add parties. You have 30 days from today. Those will be your deadlines.

Ms. Molligan, is there anything else, from your perspective, we need to talk about?

MS. MOLLIGAN: No, Your Honor.

THE COURT: From defense perspective, Mr. Roe, is there anything else we need to talk about?

MR. ROE: Not at this time, Your Honor.

THE COURT: All right. Thank you. That's all for today.

MR. ROE: Thank you, Your Honor.

MS. MOLLIGAN: Thank you.

* * *

(Court adjourned, 10-30-24 at 1:55 p.m.)

C E R T I F I C A T E

Nadia Roberts v. Randy L L Corporation

Case No. 3:24-cv-00523-HZ

Telephonic Status Conference

October 30, 2024

I certify, by signing below, that the foregoing is a true and correct transcript, to the best of my ability, of the telephonic proceedings heard via conference call, taken by stenographic means. Due to the telephonic connection, parties appearing via speakerphone or cell phone, speakers overlapping when speaking, speakers not identifying themselves before they speak, fast speakers, the speaker's failure to enunciate, and/or other technical difficulties that occur during telephonic proceedings, this certification is limited by the above-mentioned reasons and any technological difficulties of such proceedings occurring over the speakerphone at the United States District Court of Oregon in the above-entitled cause.

A transcript without an original signature, conformed signature, or digitally signed signature is not certified.

/s/Lindsey A. Weresch, RMR, CRR, CSR

Official Court Reporter Signature Date: 11/18/2024

Oregon CSR No. 14-0427 CSR Expiration Date: 6/30/2026

**MR. ROE: [7]** 3/21 10/2 11/7 11/14 11/24 12/13 12/16
**MS. MOLLIGAN: [14]**
**MS. ROBERTS: [13]** 3/18 5/20 6/12 6/24 7/3 7/7 7/13 7/15 7/17 7/21 8/1 8/6 9/13
**THE COURT: [36]**
**THE COURTROOM DEPUTY CLERK: [6]** 3/12 4/18 11/3 11/6 11/20 12/1

## /

**/s/Lindsey [1]** 13/23

## 0

**0427 [1]** 13/25

## 1

**10-30-24 [1]** 12/19
**1000 [1]** 2/12
**11/18/2024 [1]** 13/24
**14-0427 [1]** 13/25
**15 [1]** 9/21
**16 [2]** 10/9 12/6
**16893 [1]** 2/5
**17th [1]** 5/10
**19th [1]** 5/11
**1:30 [2]** 11/6 11/9
**1:41 [1]** 3/1
**1:55 [1]** 12/19

## 2

**2024 [4]** 1/17 3/1 13/6 13/24
**2025 [1]** 11/4
**2026 [1]** 13/25
**24 [1]** 12/19
**24-cv-0523-HZ [1]** 3/7

## 3

**30 [5]** 1/17 3/1 10/25 12/7 13/6
**301 [1]** 2/12
**326-8047 [1]** 2/13
**3:24-cv-00523-HZ [2]** 1/7 13/4

## 4

**49 [1]** 5/21
**4th [2]** 11/4 11/9

## 5

**503 [1]** 2/13

## 6

**6/30/2026 [1]** 13/25

## 7

**7th [1]** 11/20

## 8

**8047 [1]** 2/13
**82657 [1]** 2/9
**8th [1]** 11/20

## 9

**90 [3]** 10/11 10/19 10/21
**97204 [1]** 2/12
**97282 [1]** 2/9
**97292 [1]** 2/5

## A

**ability [2]** 10/18 13/8
**able [2]** 4/25 5/9
**about [17]**
**above [2]** 13/16 13/19
**above-entitled [1]** 13/19
**above-mentioned [1]** 13/16
**absolutely [1]** 8/10
**accomplished [1]** 10/8
**according [1]** 8/14
**accusing [1]** 6/25
**acted [1]** 10/4
**add [2]** 4/12 12/6
**adjourned [1]** 12/19
**admission [1]** 10/5
**admissions [1]** 10/4
**adversarial [1]** 5/12
**afraid [1]** 6/20
**after [4]** 4/15 5/7 10/25 11/18
**afternoon [3]** 3/5 3/23 9/4
**afterwards [1]** 4/7
**again [2]** 8/13 11/7
**agree [1]** 6/12
**agreed [1]** 8/21
**agreement [4]** 5/24 6/15 8/11 8/20
**all [7]** 7/16 7/16 8/7 11/12 12/5 12/14 12/14
**also [2]** 3/17 6/6
**altogether [1]** 5/13
**am [1]** 3/21
**amend [1]** 12/6
**announced [1]** 5/23
**anxious [1]** 7/18
**any [5]** 5/18 8/16 9/23 10/23 13/16
**anymore [1]** 5/12
**anything [5]** 7/4 8/8 9/8 12/8 12/12
**apologize [2]** 3/8 7/17
**APPEARANCES [1]** 1/18
**appearing [1]** 13/11
**April [2]** 11/4 11/9
**April 4th [2]** 11/4 11/9
**are [5]** 3/11 3/15 3/20 4/9 9/25
**argument [1]** 11/2
**around [1]** 6/22
**as [12]** 5/14 5/23 6/17 6/17 6/19 8/3 9/23 9/24 10/4 10/4 10/4 10/23
**assigned [1]** 3/9
**attorney [3]** 2/4 5/14 5/23
**August [2]** 4/14 11/20
**August 7th [1]** 11/20
**Avenue [1]** 2/12

## B

**back [2]** 4/14 6/7
**bad [1]** 4/19
**based [3]** 4/2 8/13 9/4
**basically [3]** 4/2 6/1 6/24
**be [12]** 5/2 5/13 6/14 6/14 8/1 8/2 9/11 10/12 10/15 10/25 11/19 12/7
**because [3]** 3/24 5/25 9/17
**been [8]** 4/25 5/5 6/21 8/13 8/23 9/15 9/15 10/5
**before [3]** 1/15 6/19 13/13
**being [1]** 5/23
**believes [1]** 8/24
**below [1]** 13/7
**best [1]** 13/8
**between [2]** 7/6 9/11
**board [1]** 6/5
**Box [2]** 2/5 2/9
**breakdown [1]** 8/14
**breaking [1]** 4/19
**bunch [1]** 5/4
**Business [1]** 2/8

## C

**calendar [2]** 11/13 11/16
**call [7]** 3/15 3/17 3/20 3/23 4/8 9/10 13/9
**can [4]** 4/20 6/19 11/1 11/19
**cannot [1]** 5/14
**case [15]**
**cases [2]** 5/11 5/19
**cause [1]** 13/19
**causing [1]** 7/25
**cell [1]** 13/11
**certification [1]** 13/15
**certified [1]** 13/21
**certify [1]** 13/7
**circumstances [1]** 5/15
**claims [1]** 5/5
**client [4]** 3/17 4/10 4/25 10/17
**client's [1]** 4/8
**close [2]** 6/12 10/25
**comes [1]** 5/22
**communicate [2]** 4/13 4/25
**communicating [2]** 4/9 5/13
**communication [5]** 4/3 8/14 8/15 8/16 8/24
**communications [1]** 7/5
**complete [1]** 10/21
**concern [1]** 6/1
**concerns [3]** 7/10 7/23 7/25
**conference [4]** 1/13 12/2 13/5 13/9
**conformed [1]** 13/20
**connection [1]** 13/10
**continue [4]** 5/14 6/10 8/25 9/5
**conversation [3]** 4/6 6/4 9/10
**conversations [1]** 3/25
**corporation [4]** 1/8 1/8 3/7 13/3
**correct [3]** 10/1 10/2 13/8
**couldn't [1]** 4/13
**couple [1]** 4/25
**court [12]** 1/1 1/16 2/11 3/4 3/9 3/9 9/1 11/19 12/4 12/19 13/18 13/24
**Courthouse [1]** 2/11
**CRR [2]** 2/11 13/23
**crucial [2]** 4/13 5/2
**CSR [4]** 2/11 13/23 13/25 13/25
**cv [3]** 1/7 3/7 13/4

## D

**date [7]** 11/1 11/7 11/17 11/18 12/5 13/24 13/25
**days [6]** 9/21 10/11 10/21 10/25 11/19 12/7
**deadline [2]** 10/8 10/10
**deadlines [2]** 9/24 12/7
**Defendant [2]** 1/9 2/7
**defense [3]** 11/12 11/23 12/11
**delay [1]** 3/8
**demand [1]** 4/16
**denied [1]** 9/5
**did [8]** 4/11 5/9 5/25 6/7 6/12 6/18

**D**

**did... [2]** 6/20 7/22
**didn't [2]** 5/11 5/18
**difficulties [2]** 13/14 13/17
**difficulty [2]** 3/8 4/9
**digitally [1]** 13/21
**disagree [1]** 8/10
**discovery [9]** 4/16 5/4 9/23 9/25 10/7 10/9 10/12 10/21 10/25
**discuss [1]** 9/7
**discussed [3]** 5/24 6/6 8/4
**dismiss [1]** 4/15
**dismissal [2]** 5/3 5/8
**dispositive [1]** 10/24
**DISTRICT [5]** 1/1 1/2 1/16 2/11 13/18
**DIVISION [1]** 1/3
**do [4]** 5/11 6/10 11/19 12/1
**documents [1]** 10/5
**Does [2]** 11/10 11/21
**doesn't [1]** 9/3
**don't [7]** 4/3 7/4 7/5 8/1 9/8 10/20 12/3
**drop [1]** 6/15
**due [2]** 10/25 13/10
**during [1]** 13/15

**E**

**e-mail [1]** 5/10
**e-mails [8]** 6/2 6/16 6/16 6/23 6/24 7/9 7/10 7/11
**effectively [1]** 10/3
**else [5]** 3/10 8/8 9/8 12/8 12/12
**encouraging [1]** 4/4
**end [1]** 10/11
**enough [1]** 10/12
**entitled [1]** 13/19
**enunciate [1]** 13/14
**everything [2]** 6/21 9/4
**Expiration [1]** 13/25

**F**

**failure [1]** 13/14
**far [1]** 6/17
**fast [1]** 13/13
**feel [2]** 6/18 6/20
**felt [1]** 6/3
**figure [1]** 9/17
**filed [2]** 4/1 9/15
**find [1]** 3/10
**finish [1]** 6/13
**first [2]** 4/5 8/3
**following [1]** 3/3
**foregoing [1]** 13/7
**forward [1]** 9/10
**further [1]** 5/19

**G**

**get [1]** 10/19
**getting [1]** 3/9
**give [6]** 5/21 9/21 10/7 10/9 11/1 12/5
**going [7]** 4/5 5/2 5/5 6/21 9/17 10/9 12/3
**good [2]** 3/5 10/12
**gosh [1]** 4/20
**got [1]** 5/10

**H**

**had [7]** 3/8 3/10 4/1 4/24 6/4 7/5 7/9
**hang [5]** 7/1 7/1 7/2 7/19 7/20
**has [8]** 6/21 8/13 8/18 8/21 8/23 9/2 9/15 9/15
**have [11]** 4/6 5/5 6/16 6/18 7/20 7/20 7/22 8/20 9/20 10/5 12/6
**haven't [2]** 9/23 10/8
**having [6]** 3/24 3/25 4/9 4/18 6/1 6/15
**hear [3]** 4/20 8/2 9/8
**heard [6]** 4/24 5/1 6/7 8/18 9/4 13/9
**hearing [1]** 4/19
**held [1]** 3/3
**her [18]**
**here [4]** 3/6 3/12 4/4 5/13
**HERNANDEZ [2]** 1/15 3/5
**hit [2]** 4/15 5/3
**hmm [1]** 7/21
**honest [2]** 8/1 8/2
**Honor [16]**
**HONORABLE [1]** 1/15
**house [1]** 6/2
**how [3]** 5/21 10/11 11/23
**however [1]** 10/5
**HZ [3]** 1/7 3/7 13/4

**I**

**I'm [15]**
**I've [2]** 8/18 9/4
**idea [1]** 8/11
**identifying [1]** 13/12
**ill [1]** 3/10
**indicating [1]** 9/2
**indiscernible [1]** 4/17
**individual [1]** 1/5
**information [1]** 7/23
**interested [1]** 8/19
**is [26]**
**issue [1]** 4/12
**issues [2]** 6/6 6/22
**it [12]** 3/24 5/4 5/12 5/17 6/14 8/15 9/24 10/15 10/19 11/12 11/18 11/19
**It's [2]** 4/8 12/4

**J**

**Jennifer [3]** 3/11 11/1 11/18
**JESSICA [1]** 2/4
**JUDGE [3]** 1/16 3/5 3/12
**Judge Hernandez [1]** 3/5
**judgment [5]** 9/15 9/20 9/22 10/24 11/2
**juncture [2]** 9/9 9/14
**just [4]** 5/10 6/20 7/17 10/19

**K**

**kids [1]** 6/1
**kind [1]** 7/8
**know [7]** 4/3 6/12 6/14 6/14 7/4 7/5 8/1

**L**

**late [2]** 10/3 10/3
**Law [2]** 2/4 2/8
**lawyer [3]** 4/6 6/9 9/11
**lawyers [1]** 10/20
**least [4]** 4/5 5/17 8/23 9/1
**leave [1]** 6/7
**LEE [1]** 2/4
**left [1]** 6/2
**let's [1]** 9/12
**letters [1]** 8/2
**light [2]** 4/1 6/9
**like [5]** 5/4 5/17 6/20 11/13 11/15
**limited [1]** 13/16
**Lindsey [3]** 2/11 3/13 13/23
**listen [1]** 9/9
**LLC [1]** 2/8
**looking [3]** 11/3 11/13 11/15
**looks [1]** 11/13
**lost [1]** 5/6
**lot [1]** 4/15

**M**

**made [3]** 6/16 6/18 8/11
**mail [1]** 5/10
**mails [8]** 6/2 6/16 6/16 6/23 6/24 7/9 7/10 7/11
**many [1]** 5/21
**MARCO [1]** 1/15
**matter [2]** 3/6 8/22
**may [3]** 4/6 5/5 5/13
**me [13]** 3/24 4/12 4/14 4/21 5/21 6/1 6/5 6/16 6/18 6/25 8/9 9/11 11/1
**mean [1]** 4/4
**means [1]** 13/10
**Meanwhile [1]** 5/10
**mentioned [1]** 13/16
**merits [1]** 8/17
**minute [1]** 7/1
**minutes [2]** 5/21 5/22
**Mm [1]** 7/21
**Mm-hmm [1]** 7/21
**MOLLIGAN [25]**
**Monday [3]** 5/22 6/5 8/11
**months [2]** 4/12 5/1
**more [3]** 6/19 7/8 7/20
**motion [7]** 4/1 4/2 8/13 9/5 9/14 9/20 9/22
**motions [2]** 10/24 10/24
**Mr. [4]** 3/20 9/11 10/1 12/11
**Mr. Roe [4]** 3/20 9/11 10/1 12/11
**Ms. [33]**
**Ms. Molligan [24]**
**Ms. Robert's [1]** 8/23
**Ms. Roberts [7]** 3/19 3/23 5/17 6/9 8/16 8/18 9/8
**Ms. Roberts' [1]** 8/20
**my [11]** 4/5 4/20 6/1 6/2 6/20 7/8 8/14 9/10 10/17 10/17 13/8

**N**

**NADIA [2]** 1/5 13/3
**nature [1]** 8/15
**need [8]** 9/7 9/8 10/7 11/18 12/3 12/5 12/9 12/12
**needed [2]** 5/9 9/17
**nervous [1]** 6/17
**never [1]** 6/7
**next [1]** 11/9
**no [10]** 1/7 5/11 6/6 7/9 7/13 9/15 10/5 12/10 13/4 13/25
**none [1]** 10/5
**not [12]** 4/23 4/24 5/9 5/9 5/23 5/25 6/15 8/3 9/16 12/13 13/12 13/21
**now [5]** 4/21 5/19 6/10 7/18 9/6

**O**

**Obviously [1]** 10/17
**occur [1]** 13/15
**occurring [1]** 13/17
**October [4]** 1/17 3/1 5/10 13/6
**October 17th [1]** 5/10
**offered [2]** 4/15 5/7
**Official [1]** 13/24
**Oh [2]** 3/19 4/20
**okay [14]**
**one [2]** 5/17 12/3
**open [1]** 3/4
**oral [1]** 11/1
**order [3]** 9/21 10/19 10/20
**ordering [1]** 10/20
**OREGON [6]** 1/2 2/5 2/9 2/12 13/19 13/25
**original [1]** 13/20
**other [8]** 4/14 5/5 7/12 7/15 7/20 7/24 10/23 13/14
**our [2]** 3/9 3/9
**out [4]** 6/13 6/13 6/15 9/17
**outstanding [1]** 9/25
**over [2]** 5/21 13/18
**overlapping [1]** 13/12

**P**

**p.m [2]** 3/1 12/19
**P.O [2]** 2/5 2/9
**part [5]** 4/24 5/1 5/2 6/14 10/17
**particular [8]** 8/17 8/21 9/6 9/9 9/16 9/19 9/24 10/8
**parties [4]** 10/20 10/21 12/6 13/11
**people [4]** 6/2 7/14 7/15 7/24
**perspective [5]** 4/5 8/20 8/23 12/9 12/11
**phone [2]** 9/10 13/11
**place [1]** 8/3
**plaintiff [5]** 1/6 2/3 9/6 11/10 11/21
**pleadings [1]** 12/6
**please [1]** 5/21
**point [2]** 5/18 9/10
**PORTLAND [4]** 1/3 2/5 2/9 2/12
**position [1]** 5/19
**posture [1]** 9/2
**pretrial [1]** 12/1
**pretty [1]** 4/19
**problem [1]** 4/2
**proceedings [5]** 1/14 3/3 13/9 13/15 13/17
**process [1]** 10/9
**produced [2]** 9/16 10/6

**Q**

**question [2]** 7/8 7/9
**questions [2]** 7/20 7/20

**R**

**RANDY [3]** 1/8 3/6 13/3
**really [2]** 5/8 9/23
**reason [1]** 5/25
**reasons [1]** 13/16
**receiving [1]** 6/23
**recently [1]** 8/24
**regarding [1]** 9/17
**regards [2]** 9/23 10/23
**regularly [1]** 3/9
**reported [1]** 3/24
**reporter [4]** 2/11 3/9 3/10 13/24
**represent [5]** 5/18 6/10 8/21 8/25 9/3
**representation [1]** 9/18
**representing [3]** 8/19 8/25 9/6
**request [1]** 8/3
**requesting [1]** 5/12
**requests [4]** 4/16 5/4 9/25 10/5
**research [1]** 6/19
**respond [4]** 5/25 6/19 9/21 10/18
**responded [1]** 10/3
**response [1]** 9/15
**responses [3]** 5/8 6/17 10/3
**result [1]** 7/10
**right [10]** 5/7 6/2 6/10 7/16 7/16 7/18 8/7 11/12 12/5 12/14
**RMR [2]** 2/11 13/23
**Robert's [1]** 8/23
**ROBERTS [10]** 1/5 3/6 3/19 3/23 5/17 6/9 8/16 8/18 9/8 13/3
**Roberts' [1]** 8/20
**ROE [5]** 2/8 3/20 9/11 10/1 12/11
**Room [1]** 2/12
**Rule [2]** 10/9 12/6
**Rule 16 [2]** 10/9 12/6

**S**

**S.W [1]** 2/12
**safety [5]** 6/1 6/20 6/22 7/10 7/25
**said [4]** 5/1 5/3 6/20 7/9
**say [1]** 8/18
**saying [1]** 6/10
**scared [1]** 6/3
**scheduled [1]** 9/23
**scheduling [1]** 9/7
**second [4]** 5/21 7/2 7/2 7/19
**sending [1]** 7/11
**September [1]** 5/11
**September 19th [1]** 5/11
**set [1]** 3/23
**sharing [2]** 7/23 7/24
**she [9]** 4/16 5/11 5/13 6/5 6/12 6/14 8/23 9/1 9/2
**she's [1]** 8/18
**shocked [1]** 8/2
**should [2]** 6/14 6/14
**show [1]** 6/2
**sign [1]** 4/5
**signature [4]** 13/20 13/21 13/21 13/24
**signed [1]** 13/21
**signing [1]** 13/7
**sir [1]** 7/7
**so [15]**
**some [8]** 3/8 5/5 6/19 6/24 7/9 7/20 7/23 9/25
**somebody [1]** 3/10
**somehow [1]** 7/23
**something [1]** 7/22
**sorry [4]** 4/20 7/3 7/17 11/7
**sounded [1]** 5/4
**sounds [2]** 5/17 11/15
**speak [1]** 13/13
**speaker's [1]** 13/13
**speakerphone [2]** 13/11 13/18
**speakers [3]** 13/11 13/12 13/13
**speaking [1]** 13/12
**spoke [1]** 5/20
**stage [1]** 4/13
**started [1]** 4/23
**STATES [4]** 1/1 1/16 2/11 13/18
**stating [1]** 5/11
**Status [2]** 1/13 13/5
**stenographic [1]** 13/10
**step [1]** 10/8
**still [5]** 4/9 4/16 8/19 11/13 11/15
**stop [1]** 5/12
**such [1]** 13/17
**summary [5]** 9/15 9/20 9/22 10/24 11/2
**sure [1]** 4/23
**surprise [1]** 5/22
**surprised [1]** 9/1

**T**

**take [1]** 6/18
**taken [2]** 9/2 13/9
**talk [5]** 4/5 5/9 9/12 12/9 12/12
**technical [1]** 13/14
**technological [1]** 13/17
**TED [1]** 2/8
**telephonic [5]** 1/13 13/5 13/9 13/10 13/15
**tell [1]** 8/8
**telling [1]** 9/1
**thank [11]** 3/14 3/19 3/22 5/16 8/7 8/12 9/13 10/22 12/14 12/16 12/17
**that [43]**
**that's [6]** 4/4 5/5 7/6 7/19 10/2 12/14
**them [1]** 6/19
**themselves [1]** 13/13
**then [6]** 3/20 4/6 4/16 5/3 10/23 11/12
**there [14]**
**therefore [1]** 6/18
**these [3]** 5/11 5/14 5/19
**they [3]** 8/20 10/24 13/13
**think [4]** 5/3 6/13 10/15 12/3
**Third [1]** 2/12
**this [28]**
**those [2]** 7/11 12/7
**threatened [1]** 6/3
**time [4]** 6/19 11/5 11/8 12/13
**today [8]** 4/4 5/14 8/3 9/21 10/11 10/21 12/7 12/15
**too [2]** 4/12 4/12
**transcript [3]** 1/14 13/8 13/20
**trial [3]** 11/18 11/19 12/4
**trouble [2]** 3/25 4/18
**true [1]** 13/8
**two [2]** 4/12 11/19
**type [1]** 10/24

**U**

**uncomfortable [1]** 6/18
**under [2]** 5/14 12/6
**understand [1]** 9/24
**understanding [1]** 8/14
**UNITED [4]** 1/1 1/16 2/11 13/18
**up [2]** 4/19 6/2
**used [1]** 6/17

**V**

**verbiage [1]** 6/17
**Veritas [1]** 2/8
**versus [1]** 3/6

**V**

**very [5]** 5/12 6/16 6/20 7/17 8/2
**via [2]** 13/9 13/11
**voicemail [1]** 6/7
**voluntary [1]** 5/3

**W**

**Wait [1]** 7/1
**waived [1]** 10/4
**want [9]** 4/11 5/11 5/18 6/10 7/4 7/5 8/8 9/3 12/1
**was [23]**
**wasn't [2]** 8/15 8/16
**we [15]**
**we're [3]** 3/6 4/18 12/3
**Wednesday [1]** 3/1
**welcome [1]** 9/9
**well [4]** 4/24 6/12 10/4 10/15
**were [12]** 3/3 4/15 5/1 5/3 5/8 6/22 6/23 6/24 7/9 7/11 7/24 10/3
**Weresch [2]** 2/11 13/23
**what [8]** 5/22 5/23 6/9 8/3 8/18 9/17 11/5 11/7
**whatsoever [1]** 8/6
**when [1]** 13/12
**where [6]** 4/3 4/12 4/23 4/24 5/1 5/5
**Whereupon [1]** 3/3
**which [4]** 6/18 8/20 9/15 10/3
**while [1]** 5/13
**why [1]** 5/25
**will [10]** 4/6 8/25 9/5 9/11 9/21 10/12 10/15 10/24 11/19 12/7
**withdraw [3]** 4/1 8/13 9/5
**withdrawal [1]** 4/2
**without [1]** 13/20
**words [1]** 4/14
**work [2]** 11/10 11/21
**working [1]** 6/5
**works [1]** 11/17
**worried [1]** 9/16

**Y**

**yeah [4]** 7/19 8/10 10/18 10/19
**year [1]** 11/9
**yes [12]** 3/12 3/16 3/18 4/11 4/22 7/7 7/9 10/13 11/11 11/14 11/22 11/24
**yesterday [1]** 6/7
**yet [2]** 10/6 10/8
**you [54]**
**you're [5]** 4/4 4/19 9/9 11/13 11/15
**your [30]**
**Your Honor [16]**