**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF OREGON**
**PORTLAND DIVISION**

| | | |
|---|---|---|
| **NADIA ROBERTS,** | * | |
| **an individual,** | * | |
| | * | **Case No. 3:24-CV-00523** |
| **PLAINTIFF,** | * | |
| **v.** | * | |
| | * | |
| **RANDY L L CORPORATION,** | * | |
| **a limited liability company,** | * | DECLARATION OF JEFFREY LUCAS |
| | * | SANDERSON |
| **DEFENDANT.** | * | |
| | * | |

---

I declare under oath and under penalty of perjury the following:

1. I am over eighteen (18) years of age, and I am competent to testify truthfully to the matters herein.
2. This declaration is based on my personal knowledge.
3. I am the registered agent for Wampler, Carroll, Wilson & Sanderson, P.C. ("WCWS").
4. Despite the date on the certificate of service stating the motion to compel filed in this cause was sent on November 12, 2024, I received the motion from Mr. Roe on November 25, 2024, via standard US Mail.
5. I have not received any email from Mr. Roe with a copy of the motion to compel.
6. WCWS is in the process of retaining counsel to represent it in its defense of the motion to compel and subpoena.
7. The firm WCWS is retaining to represent it in this matter is currently out on break and short staffed for the Thanksgiving Holiday. That firm represented to WCWS that it needed additional time to respond to the pending motion to compel and address the subpoena.
8. In light of the recent receipt of the motion sent by Mr. Roe as well as the upcoming Thanksgiving Holiday, WCWS is requesting a twenty-one (21) day extension to respond to the motion to compel and defend against the subpoena.

Dated this November 26, 2024

s/ *Jeffrey Lucas Sanderson*

Jeffrey Lucas Sanderson

CERTIFICATE OF SERVICE

In addition to e-service, I have sent the foregoing Declaration to the following:

Theodore Roe
tedr@veritasbusinesslaw.com

Dated this November 26, 2024

/s/ Jessica Molligan
Jessica Molligan