

# Tennessee
## Secretary of State
### Tre Hargett

Business Services Online > Find and Update a Business Record > Business Entity Detail

# Business Entity Detail

| Available Entity Actions | File Annual Report (after 12/01/2024) <br> Certificate of Existence <br> More | Entity details cannot be edited. This detail reflects the current state of the filing in the system. <br><br> Return to the Business Information Search. |

**000105750**: For-profit Corporation - Domestic                           Printer Friendly Version

**Name:** WAMPLER, CARROLL, WILSON & SANDERSON, P.C.
**Old Name:** WAMPLER & PIERCE, P.C.
**Business Type:** Professional Corporation
**Status:** Active                                                **Initial Filing Date:** 07/20/1981
**Formed in:** TENNESSEE                                          **Delayed Effective Date:**
**Fiscal Year Close:** December                                   **AR Due Date:** 04/01/2025
**Term of Duration:** Perpetual                                   **Inactive Date:**
**Principal Office:** JEFFREY LUCAS SANDERSON
208 ADAMS AVE
MEMPHIS, TN 38103-1922 USA
**Mailing Address:** JEFFREY LUCAS SANDERSON
208 ADAMS AVE
MEMPHIS, TN 38103-1922 USA
**AR Exempt:** No                                                 **Obligated Member Entity:** No
**Shares of Stock:** 1,000

**Assumed Names** | History | Registered Agent

| Name | Status | Expires |
|---|---|---|
| No Assumed Names Found... | | |



DEFENDANT'S EXHIBIT 1

EXHIBIT 1 Page 1 of 1