Call Now: 1(901) 523-1844



**WAMPLER, CARROLL, WILSON & SANDERSON, P.C.**
ATTORNEYS AT LAW

# J. Luke Sanderson



Mr. Sanderson is admitted to practice law in the State of Tennessee, The U.S. District Court for the Western District, U.S. District Court for the Middle District, Bankruptcy Court, Tennessee Court of Appeals, and the Tennessee Supreme Court.



EXHIBIT 2 Page 1 of 3

# About Luke

Luke Sanderson is from Union City, Tennessee, and moved to Memphis to attend the University of Memphis where he graduated with honors with a Bachelor of Arts degree in English, and a Masters in Business Administration with a concentration in Law, magna cum laude. He then obtained his juris doctorate degree from the Cecil C. Humphreys School of Law at the University of Memphis. While attending the University of Memphis, he served on the executive board of the Zeta Rho Chapter of the Alpha Tau Omega Fraternity. He was also a graduate of the Nexus Mentoring Program as a protégé.

Mr. Sanderson is admitted to practice law in the State of Tennessee, The U.S. District Court for the Western and Middle Districts of Tennessee, U.S. Bankruptcy Court, Tennessee Court of Appeals, and the Tennessee Supreme Court.

Mr. Sanderson primarily focuses on prosecuting individual and class action civil rights and consumer cases along with personal injury and mass tort cases across the country. Mr. Sanderson also devotes a large portion of his practice to collections and repossession work. Throughout his career, Mr. Sanderson has collected tens of millions of dollars in damages and collateral for his clients.

EXHIBIT 2 Page 2 of 3

In his free time, Mr. Sanderson enjoys hunting, fishing, and cheering on the Memphis Tigers and Grizzlies at the FedEx Forum.



# Integrity, caring and trust are the values that keep us together.

Copyright 2022 Wampler, Carroll, Wilson & Sanderson, P. C.

EXHIBIT 2 Page 3 of 3