

# First-Class Mail

## Mail in 1–5 Business Days

First-Class Mail® service is an affordable and easy way to send envelopes and postcards. First-Class Mail Forever® stamps cost $0.73 (the current 1 oz price) and will never expire, even if the First-Class™ postage rate goes up.

To send packages, see USPS Ground Advantage® service.

**Buy Stamps**    **First-Class Mail Prices**

## Features & Pricing

- Mail delivered in 1–5 business days
- Our best-priced service for items up to 13 oz
- Eligible for Delivery Confirmation™ services such as Certified Mail®
- One price for up to 3.5 ounces with commercially priced letters and cards
- Prices based on shape and weight



DEFENDANT'S EXHIBIT 3

EXHIBIT 3 Page 1 of 1