VERITAS BUSINESS LAW
818 SW 3rd AVENUE – SUITE 221-6285
TELEPHONE: (503) 207-0205 PORTLAND, OREGON 97204 FACSIMILE: (503) 207-0206
Web: www.veritasbusinesslaw.com
Email: tedr@veritasbusinesslaw.com

July 5, 2024

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR 97292
VIA EMAIL and FIRST CLASS MAIL: jessicamolligan@comcast.net

RE: Roberts v. Randy LL Corporation
Case No. 3:24-CV-00523-JR

Dear Ms. Molligan:

As my June 28, 2024, email states, this firm represents Randy LL Corporation; please direct all correspondence regarding this matter to my office. We intend to appear and defend. Pursuant to the FRCP and local rules, do not seek a default without engaging in the required conferral.

I intend to follow up with you on the merits of this matter early next week; however, while our client makes no admission of liability, it has come to my attention that all ADA compliance issues which you raised in your first letter with our client, were addressed prior to your filing the present action and that you were provided with proof of compliance.

Further, it appears that you are targeting immigrant and minority owned businesses with frivolous, extortive and abusive lawsuits that are not driven by an effort to obtain compliance with the ADA, but rather are simply to exert pressure on small immigrant and minority owned businesses in an effort to obtain attorney fees.

Even more troubling is that you appear to be doing this, not on behalf of your client, but on behalf of an out-of-state law, Tennessee law firm. This is deeply troubling and should further litigation be necessary in the above referenced case, we intend to investigate fully and enforce all remedies available to our client. I would encourage you to review the RPCs, 28 U.S.C. §1927 and 11 U.S.C. §105(a).

/ / /

/ / /

/ / /

DEFENDANT'S EXHIBIT A p. 1/2

Further, you and your client are hereby instructed to safeguard any and all documents, of whatever nature, electronic or otherwise in your possession, custody or control, related in any way to the above matter. Please note that alteration or destruction of any document shall be considered spoliation of evidence.

Very truly yours,

VERITAS BUSINESS LAW

/s/ Ted Roe

Ted Roe

TMR/ap
cc: Client