Theodore M. Roe, OSB No. 991004
tedr@veritasbusinesslaw.com
PO Box 82657
Portland, Oregon 97282
Telephone: (503) 207-0205
Facsimile: (503) 207-0206

Of Attorneys for Defendant
Randy L L Corporation

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NADIA ROBERTS, an individual,**<br>Plaintiff,<br>v.<br>**RANDY L L CORPORATION, an Oregon Corporation,**<br>Defendant. | Case No. **3:24-CV-00523-JR**<br>**DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |

TO: PLAINTIFF AND HER ATTORNEY OF RECORD:

Pursuant to Federal Rule of Civil Procedure 34, Defendant Randy L L Corporation ("RLL Corp") hereby requests Plaintiff Nadia Roberts ("Plaintiff") to produce the documents described below. RLL Corp requests production to Veritas Business Law, PO Box 82657, Portland, OR 97282, on or before 30 days following service. Plaintiff may also comply with these Requests by transmitting such documents electronically to tedr@veritasbusinesslaw.com. These requests are continuing in nature, and you are requested to provide any information that supplements, alters, or augments



DEFENDANT'S EXHIBIT
B 1 of 17

answers given through supplemental answers when you first become aware of such information.

## DEFINITIONS

1. The term "document" or "documents" as used herein refers to the collection or recordation of information in any form, including but not limited to papers, books, letters, photographs, video tapes, tape recordings, electronic mail(e-mail), computer disks, electronic information stored in any form on a computer or similar data processing device, maps, objects, tangible things, correspondence, telegrams, memoranda, interoffice communications, reports, laboratory testings, studies, surveys, contracts, licenses, leases, agreements, receipts, working papers, statistical reports, plans, schematic drawings, and minutes or notes of any meetings. The term "documents" shall have the broadest meaning possible and shall include in addition to the above, any recording of data or information in any form, including tape recordings, video recordings, video records and computer data.

2. "You" or "your" is defined as the person(s) or entity(s) to whom this document production request is addressed, and each of them, and any person acting on behalf of one, some or all of them, including attorneys, agents, investigators, accountants and employees.

3. "Communicate" or "communication" is defined as every manner or means of disclosure, transfer, or exchange of information whether orally or by document or whether face-to-face, by telephone, by mail, by personal delivery or otherwise.


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

4. "Person" is defined as any individual, corporation, limited liability company, partnership, joint venture, firm, association, proprietorship, agency, board, authority, commission or other such entity.

5. "Identify" or "identification" is defined:

   a. As to a person: Name, business and residence address(es), occupation, job title and dates so employed; and if not an individual, state the type of entity and the address of the principal place of business.

   b. As to a document: The type of document letter, memo, etc., the identity of the author or originated, the identity of each person to whom the original or copy was addressed or delivered, the identity of such person known or reasonably believed by you to have present possession, custody, or control, and a brief description of the subject matter, all with sufficient particularity to request its production under the FRCP.

6. "Describe" is defined as: to set forth in detail and with particularity.

7. "Regard" or relate" is defined as concerning, pertaining to, alluding to, responding to, relating to, referring to, connected with, commenting on, in respect of, about, regarding, discussing, showing, describing, mentioning, reflecting, analyzing, constituting, or evidencing.

8. "And" or "or" shall be construed conjunctively or disjunctively as necessary to make the requests inclusive rather than exclusive.


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

## INSTRUCTIONS

The following instructions apply to all demands contained herein for production of documents. All such demands do not seek attorney-client privileged material.

1. In producing these documents, you are requested to furnish all documents known and available to you, in your possession, custody or control, regardless of whether these documents are possessed directly by you or your officers, agents, employees, representatives, investors.

2. If any of these documents cannot be produced in full, produce them to the extent possible, specify the reasons for your inability to produce the remainder; state whatever information, knowledge or belief you do have concerning the unproduced portion; and, if withheld pursuant to a claim of privilege, identify the document withheld, including its date and subject matter, the identity of its author and persons to whom it or copies of it were furnished, and the basis of the privilege claimed for withholding each such document.

3. If any of these documents at one time existed but no longer exist, please state, specifying for each document (a) the type of document, (b) the types of information contained in the document, (c) the date when it ceased to exist, (d) the circumstances under which it ceased to exist, (e) the identity of all persons having knowledge of the circumstances under which it ceased to exist, and (f) the identity of all persons having knowledge or who had knowledge of the contents.

4. Any information that is responsive to any of the documents requested and that is contained in any computer output, input, data base or memory, including machine readable discs, tapes, or cards, should be produced in the form of computer printouts or


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

other outputs; and whatever a computer printout or other output is produced, a glossary of all computer symbols or codes appearing on such printout or other output should also be produced.

5. This request is a continuing one. If, after producing documents, you obtain or become aware of any further documents responsive to this request, you are required to produce such additional documents.

## REQUESTS

**REQUEST NO. 1:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 1 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 2:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 2 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 3:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 5 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 4:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 5 of Plaintiff's Complaint.

RESPONSE:


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

**REQUEST NO. 5:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 6 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 6:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 7 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 7:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 8 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 8:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 9 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 9:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 11 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 10:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 13 of Plaintiff's Complaint.

RESPONSE:


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

**REQUEST NO. 11:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 14 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 12:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 15 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 13:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 16 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 14:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 17 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 15:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 19 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 16:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 21 of Plaintiff's Complaint.


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

RESPONSE:

**REQUEST NO. 17:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 23 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 18:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 26 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 19:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 27 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 20:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 28 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 21:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 29 of Plaintiff's Complaint.

RESPONSE:


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

**REQUEST NO. 22:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 30 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 23:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 31 (including all subparts) of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 24:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 32 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 25:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 33 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 26:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 34 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 27:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 35 of Plaintiff's Complaint.

RESPONSE:


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

**REQUEST NO. 28:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 36 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 29:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 37 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 30:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 38 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 31:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 40 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 32:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 41 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 33:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 42 of Plaintiff's Complaint.


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

RESPONSE:

**REQUEST NO. 34:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 43 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 35:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 44 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 36:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 45 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 37:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 46 of Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 38:** Produce all documents that concern, refer, relate to or comprise any and all statements from any person or persons having any information or knowledge relating in any way to the allegations in Plaintiff's Complaint.

RESPONSE:


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

**REQUEST NO. 39:** Produce all statements that Plaintiff has obtained or been provided concerning this action or its subject matter.

RESPONSE:

**REQUEST NO. 40:** Produce all documents that concern, refer or relate to any claim or complaint made by Plaintiff for any and all alleged Americans with Disabilities Act ("ADA") violations, including but not limited to any and all demand letters.

RESPONSE:

**REQUEST NO. 41:** Produce all documents that concern, refer or relate to any investigation of RLL Corp and/or its premises located at 5322 SE 82nd Avenue, Portland, OR 97266 related to the allegations contained in Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 42:** Produce a copy of the complaint and answer, including the caption, case number and name of any attorneys relating to any and all lawsuits filed on behalf of Plaintiff for alleged violation(s) of the ADA and all documents relating to any threatened legal proceeding to which Plaintiff has been and/or is a party or a witness as relating to any alleged violation(s) of the ADA.

RESPONSE:

**REQUEST NO. 43:** Produce all documents, including but not limited to emails, letters and/or other correspondence and any attached documents and files that relate to any


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

communication between Plaintiff and RLL Corp relating to alleged violations of the ADA.

RESPONSE:

**REQUEST NO. 44:** Produce all documents that relate to any and all communication(s) between Plaintiff and any person other than Defendant relating to RLL Corp.

RESPONSE:

**REQUEST NO. 45:** Produce all documents constituting, referring or relating to compensation, whether monetary or otherwise, that Plaintiff has received relating to alleged violations of the ADA from January 1, 2014 to the present.

RESPONSE:

**REQUEST NO. 46:** Produce copies of all diary, journal, and calendar entries made or maintained by Plaintiff that relate to any of the factual allegations set forth in the Complaint.

RESPONSE:

**REQUEST NO. 47:** Produce a copy of Plaintiff's social media activity including, but not limited to, postings, photographs, videos, or messages sent or received, on any social media sites, web blogs, online forums, or other websites (such as, for example, facebook.com, twitter.com, or instagram.com) that constituting, referring or relating to RLL Corp.


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

RESPONSE:

**REQUEST NO. 48:** Produce a copy of Plaintiff's social media activity from January 1, 2019 to present including, but not limited to, postings, photographs, videos, or messages sent or received, on any social media sites, web blogs, online forums, or other websites (such as, for example, facebook.com, twitter.com, or instagram.com) that constituting, referring or relating to any and all persons, corporations, companies, partnerships, and/or business entities, for whom Plaintiff has threatened legal proceeding to which Plaintiff has been and/or is a party or a witness as relating to any alleged violation(s) of the ADA.

RESPONSE:

**REQUEST NO. 49:** Produce a copy of any and all photographs, video recordings, and/or audio recordings relating to RLL Corp and/or pertaining to Plaintiff's claims as alleged in Plaintiff's Complaint.

RESPONSE:

**REQUEST NO. 50:** Produce all settlement agreements and judgments in which Plaintiff was a party.

RESPONSE:

**REQUEST NO. 51:** Produce the first billing statement you received from any attorney pertaining, in whole or in part, to RLL Corp, and/or related to the present lawsuit. Please note this document should be a billing statement showing only the date of your first


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

contact with an attorney and the name of that firm and/or attorney. Any information pertaining to the substance of any communication is not requested, and may be redacted.

RESPONSE:

**REQUEST NO. 52:** Produce all documents reflecting any asset and/or funds of any and all persons, corporations, companies, partnerships, business entities, used to pay Plaintiff's legal fees and/or costs relating to the present lawsuit.

RESPONSE:

**REQUEST NO. 53:** Produce all documents related to any and all criminal investigation, arrest and/or conviction of Plaintiff.

RESPONSE:

**REQUEST NO. 54:** Produce all documents related to any and all communications between Plaintiff and/or any agent of Plaintiff and any and all law firms and/or attorneys outside of Oregon as related to RLL Corp, the present lawsuit, all lawsuits filed on behalf of Plaintiff for alleged violation(s) of the ADA and related to all threatened legal proceedings to which Plaintiff has been and/or is a party or a witness as relating to any alleged violation(s) of the ADA.

RESPONSE:

**REQUEST NO. 55:** Produce Plaintiff's medical records reflecting Plaintiff's disability as alleged in Plaintiff's Complaint from January 1, 2023 to the present.


VERITAS BUSINESS LAW
PO Box 82657
Portland, Oregon 97282
503/207-0205

RESPONSE:

**REQUEST NO. 56:** Produce documents reflecting Plaintiff's address of residence from January 1, 2024 to the present.

RESPONSE:

**REQUEST NO. 57:** Produce documents reflecting any and all attorney fees and/or costs paid to Plaintiff's attorney(s), including but not limited to the name, address, telephone number and email of all attorneys and/or law firms receiving fees and/or costs related to any and all lawsuits filed on behalf of Plaintiff for alleged violation(s) of the ADA and related to all threatened legal proceedings to which Plaintiff has been and/or is a party or a witness as relating to any alleged violation(s) of the ADA from January 1, 2014 to the present.

RESPONSE:

DATED this 24th day of July, 2024.

**VERITAS BUSINESS LAW**

/s/ Ted Roe
Ted Roe, OSB No. 991004
(503) 207-0205
Of Attorney for Defendant
Randy L L Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** by:

- ☑ U.S. POSTAL SERVICE
- ☐ U.S. POSTAL SERVICE, CERTIFIED MAIL, RETURN RECEIPT REQUESTED
- ☐ FACSIMILE SERVICE
- ☑ ELECTRONIC MAIL
- ☐ HAND DELIVERY
- ☐ FEDERAL EXPRESS

addressed to the following named individual(s)/business(es) at their last known address(es) on the date stated below:

Jessica Molligan
Attorney at Law
PO Box 16893
Portland, OR 97292
jessicamolligan@comcast.net

DATED this 24th day of July, 2024.

/s/ Ted Roe
Ted Roe, OSB No. 991004
Of Attorney for Defendant