Jessica Molligan
Attorney at Law
P.O. Box 16893
Portland, OR 97292
jessicamolligan@comcast.net
(971) 350-7347

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF OREGON
PORTLAND DIVISION

NADIA ROBERTS, an individual,

Plaintiff,

v.

Case No. 3:24-CV-00523-HZ

RANDY L L CORPORATION,
a corporation,

Defendant.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rule of Civil Procedure 34, Plaintiff Nadia Roberts ("Plaintiff") responds as follows to Defendant Randy L. L. Corporation's. First Request for Production of Documents. The Responses set forth below are based on information presently available to Plaintiff. Plaintiff specifically reserves the right to supplement, correct and/or amend these responses in accordance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and/or any applicable Court Order.

## I. GENERAL STATEMENT

Plaintiff's responses are made specifically subject to the General Objections set forth in

DEFENDANT'S EXHIBIT C 1of23

Section II of this Response, along with any specific objection contained within an individual response. According to information available to Plaintiff, these responses are true and correct to the best of Plaintiff's knowledge. Plaintiff reserves the right to object to future discovery on the same or related matters and does not waive any objection by providing the information set forth in these responses. Plaintiff further reserves the right to object to the admissibility of any responses to requests for production of documents produced in response to Defendant's discovery requests, in whole or in part, at trial in this action.

## II. GENERAL OBJECTIONS

The following General Objections shall be deemed continuous throughout the Responses to the specific Requests that follow, even if not specifically referred to in such responses:

1. Plaintiff objects to each instruction, definition, and request to the extent that it purports to impose any requirement or discovery obligation greater than or different from those imposed by the Federal Rules of Civil Procedure and the applicable Rules and Orders of the Court.
2. Plaintiff objects to each request for production that is irrelevant, overly broad, unduly burdensome, or not reasonably calculated to lead to the discovery of admissible evidence.
3. Plaintiff objects to each definition, instruction, and request for production to the extent that it seeks information protected from disclosure by the attorney-client privilege, deliberative process privilege, attorney work product doctrine, or any other applicable privilege. Should any such disclosure by Plaintiff occur, it is inadvertent and shall not constitute a waiver of any privilege.
4. Plaintiff objects to each definition, instruction, and request for production as overbroad and unduly burdensome to the extent it seeks information that is readily available or more

accessible to Defendant from Defendant's own files or documents. Responding to such requests would be oppressive, unduly burdensome, and unnecessarily expensive, and the burden of responding to such requests is substantially the same, or less, for Defendant as for Plaintiff.

5. To the extent that any of Defendant's requests for production seek information that includes expert material, Plaintiff objects to these requests as premature and expressly reserves the right to supplement, clarify, revise, or correct any or all responses to such requests, and to assert additional objections or privileges, in a supplemental response in accordance with the deadline set by the Court for designating Plaintiff's expert(s).
6. Plaintiff's decision to produce information notwithstanding the objectionable nature of any request for production of documents shall not be a waiver of any of these General Objections or a waiver of these General Objections as a whole.
7. Plaintiff incorporates by reference every General Objection set forth above into each specific response set forth in this document. A specific response may repeat a general objection. The failure to include any general objection in any specific response does not waive any general objection to that request. Moreover, Plaintiff reserves the right to amend his responses as circumstances require.

III. PLAINTIFFS RESPONSES TO DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS.

**REQUEST NO. 1:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 1 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 2:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 2 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 3:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 5 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 4:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 5 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 5:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 6 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 6:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 7 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 7:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 8 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 8:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 9 of the Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 9:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 11 of the Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 10:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 13 of the Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 11:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 14 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 12:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 15 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 13:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 16 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 14:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 17 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 15:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 19 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 16:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 21 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 17:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 23 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 18:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 26 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 19:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 27 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 20:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 28 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 21:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 29 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 22:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 30 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 23:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 31 (including all subparts) of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 24:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 32 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 25:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 33 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 26:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 34 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 27:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 35 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 28:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 36 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 29:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 37 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 30:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 38 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 31:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 40 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 32:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 41 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 33:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 42 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 34:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 43 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 35:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 44 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 36:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 45 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 37:** Produce all documents that concern, refer or relate to the allegations contained in paragraph 46 of Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion.

**REQUEST NO. 38:** Produce all documents that concern, refer relate to or comprise any and all statements from any person or persons having any information or knowledge relating in any way to the allegations in Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, plaintiff states that she is the only one with knowledge requested.

**REQUEST NO. 39:** Produce all statements that Plaintiff has obtained or been provided concerning this action or its subject matter.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this is protected by the attorney-client privilege and the work product doctrine.

**REQUEST NO. 40:** Produce all documents that concern, refer or relate to any claim or complaint made by Plaintiff for any and all alleged Americans with Disabilities Act ("ADA") violations, including but not limited to any and all demand letters.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this is protected by the attorney-client privilege and the work product doctrine.

**REQUEST NO. 41:** Produce all documents that concern, refer or relate to any investigation of RLL Corp and/or its premises located at 5322 SE 82nd Avenue, Portland, OR 97266 related to the allegations contained in Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this is protected by the attorney-client privilege and the work product doctrine.

**REQUEST NO. 42:** Produce a copy of the complaint and answer, including the caption, case number and name of any attorneys relating to any and all lawsuits filed on behalf of Plaintiff for alleged violation(s) of the ADA and all documents relating to any threatened legal proceeding to which Plaintiff has been and/or is a party or a witness as relating to any alleged violation(s) of the ADA.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, all information regarding any suits initiated by Plaintiff is readily available via PACER.

**REQUEST NO. 43:** Produce all documents, including but not limited to emails, letters and/or other correspondence and any attached documents and files that relate to any communication between Plaintiff and RLL Corp relating to alleged violations of the ADA.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this is protected by the attorney-client privilege and the work product doctrine.

**REQUEST NO. 44:** Produce all documents that relate to any and all communication(s) between Plaintiff and any person other than Defendant relating to RLL Corp.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this is protected by the attorney-client privilege and the work product doctrine.

**REQUEST NO. 45:** Produce all documents constituting, referring or relating to compensation, whether monetary or otherwise, Plaintiff has received relating to alleged violations of the ADA from January 1, 2014 to the present.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this is protected by the attorney-client privilege and the work product doctrine.

**REQUEST NO. 46:** Produce copies of all diary, journal, and calendar entries made or maintained by Plaintiff that relate to any of the factual allegations set forth in the Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this is protected by the attorney-client privilege and the work product doctrine.

**REQUEST NO. 47:** Produce a copy of Plaintiff's social media activity, including, but not limited to, postings, photographs, videos or messages sent or received, on any social media sites, web blogs, inline forums, or other websites (such as, for example, facebook.com, twitter.com, or instagram.com) that constituting, referring or relating to RLL Corp.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense.

**REQUEST NO. 48:** Produce a copy of Plaintiff's social media activity from January 1, 2019 to present including, but not limited to, postings, photographs, videos or messages sent or received, on any social media sites, web blogs, inline forums, or other websites (such as, for example, facebook.com, twitter.com, or instagram.com) that constituting, referring or relating to any and all persons, corporations, companies, partnerships, business entities, for whom Plaintiff has threatened legal proceeding to which Plaintiff has been and/or is a party or a witness as relating to any alleged violation(s) of the ADA.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense.

**REQUEST NO. 49:** Produce a copy of any and all photographs, video recordings, and/or audio recordings relating to RLL Corp and/or pertaining to Plaintiff's claims as alleged in Plaintiff's Complaint.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Further, this request is an improper contention and calls for a legal conclusion. Additionally, plaintiff has none.

**REQUEST NO. 50:** Produce all settlement agreements and judgments in which Plaintiff was a party.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this information is priviledged and confidential under the attorney work product rule, attorney client privilege, and the language of the settlement agreements.

**REQUEST NO. 51:** Produce the first billing statement you received from any attorney pertaining, in whole or in part, to RLL Corp. and/or related to the present lawsuit. Please note this document should be a billing statement showing only the date of your first contact with an

attorney and the name of that firm and/or attorney. Any information pertaining to the substance of any communications is not requested, and may be redacted.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this is protected by the attorney-client privilege and the work product doctrine.

**REQUEST NO. 52:** Produce all documents reflecting any asset and/or funds of any and all persons, corporations, companies, partnerships, business entities, used to pay Plaintiff's legal fees and/or costs relating to the present lawsuit.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this is protected by the attorney-client privilege and the work product doctrine.

**REQUEST NO. 53:** Produce all documents related to any and all criminal investigation, arrest and/or conviction of Plaintiff.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this is protected by the attorney-client privilege and the work product doctrine.

**REQUEST NO. 54:** Produce all documents related to any and all communications between Plaintiff and/or any agent of Plaintiff and any and all law firms and/or attorneys outside of Oregon as related to RLL Corp, the present lawsuit, all lawsuits filed on behalf of Plaintiff for alleged violation(s) of the ADA and all threated legal proceedings to which Plaintiff has been and/or is a party or a witness as related to any alleged violation(s) of the ADA.

**RESPONSE:** Objection, This request is overly broad, unduly burdensome, vague and not reasonably calculated to lead to discovery of information related to any claim(s) or defense. Additionally, this is protected by the attorney-client privilege and the work product doctrine.

Dated this August 26, 2024.

*/s/ Jessica Molligan*
Jessica Molligan, OSB #001823
Attorney for Plaintiff

**Certificate of Service**

On August 26, 2024, I caused to be delivered the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS to:

Ted Roe
tedr@veritasbusinesslaw.com

/s/ Jessica Molligan
Jessica Molligan