IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| NADIA ROBERTS, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:24-cv-00523-HZ |
| | ) | |
| vs. | ) | October 25, 2024 |
| | ) | |
| RANDY LL CORPORATION, a corporation, | ) | Portland, Oregon |
| | ) | |
| Defendant. | ) | |

TRANSCRIPT OF PROCEEDINGS

(Telephone Status Conference)

BEFORE THE HONORABLE MARCO A. HERNANDEZ

UNITED STATES DISTRICT COURT JUDGE

Court Reporter: Ryan White, RMR, CRR
United States District Courthouse
1000 SW 3rd Avenue, Room 301
Portland, Oregon 97204
(503) 326-8184

## APPEARANCES

For the Plaintiff: JESSICA L. MOLLIGAN
Attorney at Law
jessicamolligan@comcast.net
Post Office Box 16893
Portland, Oregon 97292
(503) 975-2920

For the Defendant: VERITAS BUSINESS LAW, LLC
By: TED ROE
tedr@veritasbusinesslaw.com
Post Office Box 82657
Portland, Oregon

(October 25, 2024; 11:01 a.m.)

P R O C E E D I N G S

THE COURT: Good morning. This is Judge Hernandez. We're here in Roberts v. Randy LL Corporation. It is case number 24-cv-523-HZ. We're here on a motion to withdraw filed on the part of the plaintiff.

I'm going to take role and find out who is on the call. Again, I begin with my own staff.

Jennifer, are you there?

THE CLERK: Yes, Judge, I'm here, and Ryan is on as well.

THE COURT: Thank you.

And then for plaintiff, who's on the call?

MS. MOLLIGAN: Yes, Your Honor. Jessica Molligan on behalf of plaintiff.

THE COURT: Thank you.

And for the defense?

MR. ROE: Ted Roe on behalf of the defendant, Your Honor.

THE COURT: Thank you.

So on the motion to withdraw, I reviewed it, and it looks like, Ms. Molligan, you have lost contact with your client. It looked to me like the last time you had contact was back in September, on the 10th of September.

Have you had any communication with your client since that time?

MS. MOLLIGAN: I've had contact. I've had contact and it's been sporadic.

THE COURT: Oh, sporadic.

MS. MOLLIGAN: I'm looking at it.

Do you need in this case specifically? Or overall?

THE COURT: Well, I suppose that it matters overall because you're asking me to withdraw because you've lost contact with your client. And it doesn't matter to me which case you've had contact with your client. If you've had contact with your client and your client wants to proceed forward, then I need to know that.

MS. MOLLIGAN: Right. Yes.

So I (indiscernible) to her on -- on September 12th, 13th, 19th, and then again on the 26th, and then October 7th, 8th, 10th, 16th, 17th, and then on Tuesday, and those are all emails.

THE COURT: Okay. So it sounds like you're actually in pretty good communication with your client. The reason you were asking this Court to allow you to withdraw was because you had lost contact with your client.

MS. MOLLIGAN: Yes. That was the case back then and then she did get into contact.

And I wanted to clarify that, for me, in this matter,

she is -- there is contact. It is not communication. In other words, I am asking her questions and she is not responding.

So there has been contact, but I'm not communicating with her. She's not communicating with me.

THE COURT: I see.

You have a hearing scheduled where she's supposed to appear right after this hearing. Will she be at that hearing?

MS. MOLLIGAN: Oh, my goodness. I didn't realize that was still on the docket. That matter has -- we resolved that matter. In other words, one of the contacts was that she -- we discussed a settlement agreement and (indiscernible).

THE COURT: I'm sorry. You broke up. I couldn't hear the other -- the rest of what you said.

MS. MOLLIGAN: One of the contacts that we had was regarding Roberts vs. SEJ, and she did sign that settlement agreement. And so I just -- I thought I had notified the Court about that and I didn't, so -- but that was one of our contacts, was regarding that matter.

THE COURT: So that -- so the matter that is scheduled for 10:30 has now settled?

MS. MOLLIGAN: Yes.

THE COURT: So you were able to communicate with your client as regards that case, but you're not able to communicate with your client regarding this case?

MS. MOLLIGAN: Correct.

THE COURT: That doesn't make any sense to me. Can you explain that?

MS. MOLLIGAN: I'm trying to not break the attorney-client privilege. I'm doing --

THE COURT: I don't want to know the contents of your information. But if you're communicating with your client about this case -- well, let me ask you this. Let's talk about this case. Have you told your client you're moving to withdraw in this case?

MS. MOLLIGAN: Of course.

THE COURT: And did your client communicate with you about that?

MS. MOLLIGAN: Yes, and she did say she didn't want me to withdraw. And, you know, obviously, then I'm saying, well, we need to work together, we need to communicate, you've got to address this, you've got to talk to me about that, there's a lot going on in this case, and that's when she's -- it breaks down.

THE COURT: Okay. Hang on just a second. I'm just taking some notes.

In your most recent communication with your client, regardless of which case it was in, can you tell me how you communicated with your client, what the methodology was, whether it was emails or text messages or phone calls or something else?

MS. MOLLIGAN: Emails.

THE COURT: Okay. I feel like I need to have a

conversation with your client because it's not clear to me what's going on where she's telling you she doesn't want to withdraw but she's not in communication with you. That doesn't make any sense to me and, in particular, because it sounds like you've been able to communicate with her as regards her other case and resolve whatever issues you may have had either between you and your client and between the plaintiff and the defendant in that other case.

I want her on the phone. I need to talk to her.

MS. MOLLIGAN: Okay.

THE COURT: So Jennifer, can you give me a time and a date for that?

And, in fact, Ms. Molligan, if you think we can do that today, today works for me. I can find a time today that that will work.

MS. MOLLIGAN: I can't imagine I would be able to get a response from her right away. I've never been able to. So I can certainly try.

THE COURT: Jennifer -- that's okay. Then let's do it next week.

Jennifer, what does my schedule look like for next week? I don't have my calendar in front of me.

I think my Wednesday is pretty light next week.

THE CLERK: Yes.

Let's do Wednesday at 1:30.

THE COURT: And are you free, Jennifer? I don't want to get in the way of Judge Baggio.

THE CLERK: Yes, I'm good.

THE COURT: Okay. Next week, Wednesday, at 1:30. We're going to call this a representation hearing. I want your client -- she doesn't need to be in person, but she needs to be on the phone.

MS. MOLLIGAN: Okay.

THE COURT: And let her know that I'm ordering her to appear and we'll take up the issue of withdrawal next Wednesday at 1:30.

MS. MOLLIGAN: Thank you, Your Honor.

THE COURT: That's fine.

Mr. Roe, I know that I am ignoring you and that's because I've got to get this issue resolved.

MR. ROE: I understand.

THE COURT: Are you available at 1:30 next week?

MR. ROE: I am.

THE COURT: At 1:30. Okay. That's on Wednesday.

Is there anything else you wanted to say, Mr. Roe?

MR. ROE: Two things I'd like to raise, Your Honor.

First, I imagine -- correct me if I'm wrong. I imagine we will on the 30th now, which is next Wednesday, set the schedule for the responsive pleadings and the hearing on the motion for -- motion for summary judgment. Is that accurate?

THE COURT: I don't know the answer to that. A lot of it will pivot on what -- what's going on regarding representation. I suspect you are correct, but I --

MR. ROE: Okay. I just want to be able to appropriately advise my client on the timetable.

THE COURT: Yes.

MR. ROE: And the second issue I want to bring is an issue I'd like to bring to the Court's attention.

I just received notice that today Ms. Molligan filed a meritless bar complaint against me with the Oregon State Bar related to this case. I believe that this was an inappropriate effort to get me to back off of my zealous advocacy for my client, and I want it on the record that I'm not going to do that, and I want the Court to be aware that she is taking these steps to improperly influence defense counsel.

THE COURT: Again, that's not a relevant consideration for me. What is going on between you and the bar is not part of my -- my thought process or my consideration in resolving any issues that are before this court.

You've made your record, Mr. Roe. Thank you.

MR. ROE: Thank you.

THE COURT: All right. That's all for this morning. Thank you, all.

THE CLERK: Judge, before anybody hangs up, what are we doing at 11:30?

THE COURT: That hearing is still on and until I hear -- until I know otherwise -- I didn't -- I take it, Jennifer, you haven't received anything telling you that the case settled?

THE CLERK: I have not.

MS. MOLLIGAN: Your Honor, this is SEJ; correct?

THE COURT: Yes.

MS. MOLLIGAN: The (indiscernible) the notice of dismissal, voluntary -- so I received that yesterday. It's a notice of voluntary dismissal that we signed.

THE COURT: You filed it with the Court?

MS. MOLLIGAN: Actually, Mr. Orr filed it.

THE CLERK: Oh, I see it on the docket now that I'm looking at it.

THE COURT: Is there -- do you see the voluntary dismissal?

THE CLERK: I do.

THE COURT: Okay. Then there's no need to appear if the case has been dismissed.

MS. MOLLIGAN: Thank you, Your Honor.

THE COURT: Thank you. That's all.

MR. ROE: Thank you.

(The proceedings concluded at 11:12 a.m.)

C E R T I F I C A T E

I certify, by signing below, that the foregoing is a true and correct transcript, to the best of my ability, of the telephonic oral argument heard via conference call, taken by stenographic means. Due to the telephonic connection, parties appearing via speakerphone or cell phone, speakers overlapping when speaking, speakers not identifying themselves before they speak, fast speakers, the speaker's failure to enunciate, and/or other technical difficulties that occur during telephonic proceedings, this certification is limited by the above-mentioned reasons and any technological difficulties of such proceedings occurring over the speakerphone at the United States District Court of Oregon in the above-entitled cause. A transcript without an original signature, conformed signature, or digitally signed signature is not certified.

DATED this 23rd day of December, 2025.

// Ryan White

RYAN WHITE
Registered Merit Reporter
Certified Realtime Reporter
Expires 9/30/2028

## 1

**10:30** [1] - 5:20
**10th** [1] - 4:17
**11:12** [1] - 10:23
**11:30** [1] - 9:25
**12th** [1] - 4:15
**13th** [1] - 4:16
**16th** [1] - 4:17
**17th** [1] - 4:17
**19th** [1] - 4:16
**1:30** [5] - 7:25, 8:4, 8:11, 8:17, 8:19

## 2

**26th** [1] - 4:16

## 3

**30th** [1] - 8:23

## 7

**7th** [1] - 4:16

## 8

**8th** [1] - 4:17

## A

**a.m** [1] - 10:23
**able** [6] - 5:22, 5:23, 7:5, 7:16, 7:17, 9:4
**accurate** [1] - 8:25
**address** [1] - 6:16
**advise** [1] - 9:5
**advocacy** [1] - 9:12
**agreement** [2] - 5:11, 5:16
**allow** [1] - 4:21
**answer** [1] - 9:1
**appear** [3] - 5:7, 8:10, 10:18
**appropriately** [1] - 9:5
**attention** [1] - 9:8
**attorney** [1] - 6:4
**attorney-client** [1] - 6:4
**available** [1] - 8:17
**aware** [1] - 9:14

## B

**Baggio** [1] - 8:2
**bar** [2] - 9:10, 9:17
**Bar** [1] - 9:10
**between** [3] - 7:6, 7:7, 9:17
**break** [1] - 6:3
**breaks** [1] - 6:17
**bring** [2] - 9:7, 9:8
**broke** [1] - 5:12

## C

**calendar** [1] - 7:22
**case** [15] - 4:7, 4:10, 4:23, 5:23, 5:24, 6:7, 6:8, 6:9, 6:17, 6:21, 7:6, 7:8, 9:11, 10:4, 10:19
**certainly** [1] - 7:18
**clarify** [1] - 4:25
**clear** [1] - 7:1
**CLERK** [6] - 7:24, 8:3, 9:24, 10:5, 10:13, 10:17
**client** [20] - 4:1, 4:10, 4:11, 4:12, 4:20, 4:22, 5:23, 5:24, 6:4, 6:6, 6:8, 6:11, 6:20, 6:22, 7:1, 7:7, 8:6, 9:5, 9:13
**communicate** [5] - 5:22, 5:23, 6:11, 6:15, 7:5
**communicated** [1] - 6:22
**communicating** [3] - 5:3, 5:4, 6:6
**communication** [5] - 4:1, 4:20, 5:1, 6:20, 7:3
**complaint** [1] - 9:10
**concluded** [1] - 10:23
**consideration** [2] - 9:16, 9:18
**contact** [9] - 4:3, 4:9, 4:11, 4:22, 4:24, 5:1, 5:3
**contacts** [3] - 5:10, 5:14, 5:17
**contents** [1] - 6:5
**conversation** [1] - 7:1
**correct** [4] - 5:25, 8:22, 9:3, 10:6
**counsel** [1] - 9:15
**course** [1] - 6:10
**COURT** [30] - 4:5, 4:8, 4:19, 5:5, 5:12, 5:19, 5:22, 6:1, 6:5, 6:11, 6:18, 6:25, 7:11, 7:19, 8:1, 8:4, 8:9, 8:13, 8:17, 8:19, 9:1, 9:6, 9:16, 9:22, 10:1, 10:7, 10:11, 10:15, 10:18, 10:21
**court** [1] - 9:19
**Court** [4] - 4:21, 5:16, 9:14, 10:11
**Court's** [1] - 9:8

## D

**date** [1] - 7:12
**defendant** [1] - 7:7
**defense** [1] - 9:15
**discussed** [1] - 5:11
**dismissal** [3] - 10:9, 10:10, 10:16
**dismissed** [1] - 10:19
**docket** [2] - 5:9, 10:13
**down** [1] - 6:17

## E

**effort** [1] - 9:12
**either** [1] - 7:6
**emails** [3] - 4:18, 6:23, 6:24
**explain** [1] - 6:2

## F

**fact** [1] - 7:13
**filed** [3] - 9:9, 10:11, 10:12
**fine** [1] - 8:13
**first** [1] - 8:22
**forward** [1] - 4:12
**free** [1] - 8:1
**front** [1] - 7:22

## G

**goodness** [1] - 5:8

## H

**hang** [1] - 6:18
**hangs** [1] - 9:24
**hear** [2] - 5:12, 10:2
**hearing** [6] - 5:6, 5:7, 8:5, 8:24, 10:1
**Honor** [4] - 8:12, 8:21, 10:6, 10:20

## I

**ignoring** [1] - 8:14
**imagine** [3] - 7:16, 8:22, 8:23
**improperly** [1] - 9:15
**inappropriate** [1] - 9:11
**indiscernible** [2] - 4:15, 10:8
**indiscernible)** [1] - 5:11
**influence** [1] - 9:15
**information** [1] - 6:6
**issue** [4] - 8:10, 8:15, 9:7, 9:8
**issues** [2] - 7:6, 9:19

## J

**Jennifer** [5] - 7:11, 7:19, 7:21, 8:1, 10:3
**Judge** [1] - 8:2
**judge** [1] - 9:24
**judgment** [1] - 8:25

## L

**light** [1] - 7:23
**look** [1] - 7:21
**looking** [2] - 4:6, 10:14
**lost** [2] - 4:9, 4:22

## M

**matter** [6] - 4:10, 4:25, 5:9, 5:10, 5:18, 5:19
**matters** [1] - 4:8
**meritless** [1] - 9:10
**messages** [1] - 6:23
**methodology** [1] - 6:22
**MOLLIGAN** [20] - 4:3, 4:6, 4:14, 4:23, 5:8, 5:14, 5:21, 5:25, 6:3, 6:10, 6:13, 6:24, 7:10, 7:16, 8:8, 8:12, 10:6, 10:8, 10:12, 10:20
**Molligan** [2] - 7:13, 9:9
**morning** [1] - 9:22
**most** [1] - 6:20
**motion** [2] - 8:25
**moving** [1] - 6:8
**MR** [7] - 8:16, 8:18, 8:21, 9:4, 9:7, 9:21, 10:22
**MS** [20] - 4:3, 4:6, 4:14, 4:23, 5:8, 5:14, 5:21, 5:25, 6:3, 6:10, 6:13, 6:24, 7:10, 7:16, 8:8, 8:12, 10:6, 10:8, 10:12, 10:20

## N

**need** [8] - 4:7, 4:12, 6:15, 6:25, 7:9, 8:6, 10:18
**needs** [1] - 8:6
**never** [1] - 7:17
**next** [7] - 7:20, 7:21, 7:23, 8:4, 8:10,

8:17, 8:23
**notes** [1] - 6:19
**notice** [3] - 9:9, 10:8, 10:10
**notified** [1] - 5:16

## O

**obviously** [1] - 6:14
**October** [1] - 4:16
**one** [3] - 5:10, 5:14, 5:17
**ordering** [1] - 8:9
**Oregon** [1] - 9:10
**Orr** [1] - 10:12
**otherwise** [1] - 10:2
**overall** [2] - 4:7, 4:8

## P

**part** [1] - 9:17
**particular** [1] - 7:4
**person** [1] - 8:6
**phone** [3] - 6:23, 7:9, 8:7
**pivot** [1] - 9:2
**plaintiff** [1] - 7:7
**pleadings** [1] - 8:24
**pretty** [2] - 4:20, 7:23
**privilege** [1] - 6:4
**proceed** [1] - 4:12
**proceedings** [1] - 10:23
**process** [1] - 9:18

## Q

**questions** [1] - 5:2

## R

**raise** [1] - 8:21
**realize** [1] - 5:8
**reason** [1] - 4:20
**received** [3] - 9:9, 10:3, 10:9
**recent** [1] - 6:20
**record** [2] - 9:13, 9:20
**regarding** [4] - 5:15, 5:18, 5:24, 9:2
**regardless** [1] - 6:21
**regards** [2] - 5:23, 7:5
**related** [1] - 9:11
**relevant** [1] - 9:16
**representation** [2] - 8:5, 9:3
**resolve** [1] - 7:6
**resolved** [2] - 5:9, 8:15
**resolving** [1] - 9:18
**responding** [1] - 5:2
**response** [1] - 7:17
**responsive** [1] - 8:24
**rest** [1] - 5:13
**Roberts** [1] - 5:15
**roe** [1] - 8:14
**ROE** [7] - 8:16, 8:18, 8:21, 9:4, 9:7, 9:21, 10:22
**Roe** [2] - 8:20, 9:20

## S

**schedule** [2] - 7:21, 8:24
**scheduled** [2] - 5:6, 5:19
**second** [2] - 6:18, 9:7
**see** [3] - 5:5, 10:13, 10:15
**SEJ** [2] - 5:15, 10:6
**sense** [2] - 6:1, 7:4
**September** [1] - 4:15
**set** [1] - 8:23
**settled** [2] - 5:20, 10:4
**settlement** [2] - 5:11, 5:15
**sign** [1] - 5:15
**signed** [1] - 10:10
**sorry** [1] - 5:12
**sounds** [2] - 4:19, 7:4
**specifically** [1] - 4:7
**sporadic** [2] - 4:4, 4:5
**State** [1] - 9:10
**steps** [1] - 9:15
**still** [2] - 5:9, 10:1
**summary** [1] - 8:25
**suppose** [1] - 4:8
**supposed** [1] - 5:6
**suspect** [1] - 9:3

## T

**text** [1] - 6:23
**THE** [36] - 4:5, 4:8, 4:19, 5:5, 5:12, 5:19, 5:22, 6:1, 6:5, 6:11, 6:18, 6:25, 7:11, 7:19, 7:24, 8:1, 8:3, 8:4, 8:9, 8:13, 8:17, 8:19, 9:1, 9:6, 9:16, 9:22, 9:24, 10:1, 10:5, 10:7, 10:11, 10:13, 10:15, 10:17, 10:18, 10:21
**timetable** [1] - 9:5
**today** [4] - 7:14, 9:9
**together** [1] - 6:15
**try** [1] - 7:18
**trying** [1] - 6:3
**Tuesday** [1] - 4:17
**two** [1] - 8:21

## U

**up** [3] - 5:12, 8:10, 9:24

## V

**voluntary** [3] - 10:9, 10:10, 10:15
**vs** [1] - 5:15

## W

**wants** [1] - 4:12
**Wednesday** [6] - 7:23, 7:25, 8:4, 8:10, 8:19, 8:23
**week** [5] - 7:20, 7:22, 7:23, 8:4, 8:17
**withdraw** [5] - 4:9, 4:21, 6:8, 6:14, 7:3
**withdrawal** [1] - 8:10
**words** [2] - 5:2, 5:10
**works** [1] - 7:14

## Y

**yesterday** [1] - 10:9

## Z

**zealous** [1] - 9:12